1 | Nicole Lavallee (SBN 165755)
**BERMAN DEVALERIO**
2 | One California Street, Suite 900
San Francisco, CA 94111
3 | Telephone: (415) 433-3200
Facsimile: (415) 433-6282
4 | Email: nlavallee@bermandevalerio.com

5 | Jeffrey M. Norton
Roy Shimon
6 | **NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
7 | New York, NY 10001
Telephone: (212) 619-5400
8 | Facsimile: (212) 619-3090
Email: jnorton@nfllp.com
9 |        rshimon@nfllp.com

10 | Attorneys for Plaintiff Mark H. Destefano

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK H. DESTEFANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR. B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MORGAN STANLEY & CO., LLC GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., and ALLEN & COMPANY LLC,<br><br>Defendants. | Case No. 12-cv-04007-JSW<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF MARK H. DESTEFANO; [PROPOSED] ORDER** |

1  PLEASE TAKE NOTICE that Plaintiff Mark H. DeStefano has retained Berman
2  DeValerio to substitute as liaison counsel for Kessler Topaz Meltzer & Check, LLP in the
3  above-captioned matter.  Jeffrey M. Norton and Roy Shimon of Newman Ferrara LLP will
4  continue as counsel for Plaintiff Mark H. Destefano.
5  Withdrawing counsel for Plaintiff Mark H. DeStefano is:

6  Ramzi Abadou
   **KESSLER TOPAZ MELTZER & CHECK, LLP**
7  One Sansome Street, Suite 1850
   San Francisco, CA 94104
8  Telephone: (415) 400-3000
   Facsimile:  (415) 400-3001
9  Email:  rabadou@ktmc.com

10  All pleadings, orders and notices should henceforth be served upon the following
11  counsel for Plaintiff Mark H. DeStefano:

12  Nicole Lavallee
    **BERMAN DEVALERIO**
13  One California Street, Suite 900
    San Francisco, CA  94111
14  Telephone: (415) 433-3200
    Facsimile:  (415) 433-6282
15  Email: nlavallee@bermandevalerio.com

16  Jeffrey M. Norton
    Roy Shimon
17  **NEWMAN FERRARA LLP**
    1250 Broadway, 27th Floor
18  New York, NY 10001
    Telephone: (212) 619-5400
19  Facsimile:  (212) 619-3090
    Email: jnorton@nfllp.com
20  Email: rshimon@nfllp.com

21  ///
22  ///
23  ///

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: August 6, 2012 **PLAINTIFF**

By: /s/ Mark H. DeStefano
Mark H. DeStefano

DATED: August 6, 2012 **KESSLER TOPAZ MELTZER & CHECK, LLP**

By: /s/ Ramzi Abadou
Ramzi Abadou

DATED: August 6, 2012 **NEWMAN FERRARA LLP**

By: /s/ Jeffrey M. Norton
Jeffrey M. Norton

DATED: August 6, 2012 **BERMAN DEVALERIO**

By: /s/ Nicole Lavallee
Nicole Lavallee

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: August 6, 2012 **BERMAN DEVALERIO**

By: /s/ Nicole Lavallee
Nicole Lavallee

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: August 6, 2012   _Jeffrey S. White_
JUDGE OF THE UNITED STATES DISTRICT COURT