AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 12 4007 JSW

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Stanley J. Meresman

was received by me on *(date)*          08/06/2012          .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Sheila Jambekar          , who is

designated by law to accept service of process on behalf of *(name of organization)*     Zynga, Inc., and employees

_____ on *(date)*     08/06/2012     ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $     10.00     for travel and $     10.00     for services, for a total of $     20.00     .

I declare under penalty of perjury that this information is true.

Date:     08/07/2012

_____
*Server's signature*

_____
John B. Spillane, Process Server
*Printed name and title*

Spincycle Legal Services
564 Market Street, Ste 720
San Francisco, CA 94104
*Server's address*

Additional information regarding attempted service, etc:

Additional Documents Served: Class Action Complaint; ECF Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice Regarding Cameras in the Courtroom Pilot; Standing Orders; Standing Order for All Judges of the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement