| | |
|---|---|
| 1 | JORDAN ETH (BAR NO. 121617) |
| | Email: JEth@mofo.com |
| 2 | ANNA ERICKSON WHITE (BAR NO. 161385) |
| | Email: AWhite@mofo.com |
| 3 | PHILIP T. BESIROF (BAR NO. 185053) |
| | Email: PBesirof@mofo.com |
| 4 | MARK R.S. FOSTER (BAR NO. 223682) |
| | Email: MFoster@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |

Attorneys for Defendants
ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK H. DESTEFANO, Individually, and On behalf of All Others Similarly Situated, | Case No. 12-cv-4007-JSW |
| Plaintiff, | **CLASS ACTION** |
| v. | **JOINT ADMINISTRATIVE MOTION TO RELATE ACTIONS** |
| ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MORGAN STANLEY & CO., LLC, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., and ALLEN & COMPANY LLC, | **[CIVIL L.R. 3-12]** <br><br> Judge: Jeffrey S. White <br> Complaint Filed: July 30, 2012 <br> Trial Date: None Set |
| Defendants. | |
| [*Caption continues on following page.*] | |

| | | |
|---|---|---|
| 1 | CORY DRAPER, Individually, and On Behalf Of All Others Similarly Situated, | Case No. 12-cv-4017-RS |
| 2 | | **RELATED CASE** |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT, | Judge: Hon. Richard Seeborg<br>Complaint Filed: July 31, 2012<br>Trial Date: None Set |
| 6 | Defendants. | |
| 7 | | |
| 8 | JOHN CAMPUS, Individually, and On Behalf Of All Others Similarly Situated, | Case No. 12-cv-4048-YGR |
| | | **RELATED CASE** |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, MARK VRANESH, and JOHN C. SCHAPPERT, | Judge: Hon. Yvonne Gonzalez Rogers<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set |
| 12 | | |
| 13 | Defendants. | |
| 14 | STEVEN T. DIEMAND, Individually, and On Behalf Of All Others Similarly Situated, | Case No. 12-cv-4059-JSW |
| 15 | | **RELATED CASE** |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | ZYNGA, INC., MARK PINCUS, REGINALD D. DAVIS, JEFF KARP, JOHN SCHAPPERT, and DAVID M. WEHNER, | Judge: Hon. Jeffrey S. White<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |
| 22 | JAKE PHILLIPS, Individually, and On Behalf Of All Others Similarly Situated, | Case No. 12-cv-4064-EJD |
| 23 | Plaintiff, | **RELATED CASE** |
| 24 | v. | |
| 25 | ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT, | Judge: Hon. Edward J. Davila<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

| | |
|---|---|
| WILLIAM B. WALKER, Individually, and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT,<br><br>　　　　　　Defendants. | Case No.　　12-cv-4066-EMC<br><br>**RELATED CASE**<br><br><br>Judge:　Hon. Edward M. Chen<br>Complaint Filed:　Aug 2, 2012<br>Trial Date:　　None Set |
| IRA GAINES, Individually, and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA,<br><br>　　　　　　Defendants. | Case No.　　12-cv-4133-SBA<br><br>**RELATED CASE**<br><br><br>Judge: Hon. Sandra B. Armstrong<br>Complaint Filed:　Aug 6, 2012<br>Trial Date:　　None Set |
| HOOMAN MOAYYED, Individually, and On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT,<br><br>　　　　　　Defendants. | Case No.　　12-cv-4250-EMC<br><br>**RELATED CASE**<br><br><br>Judge:　　Hon. Edward M. Chen<br>Complaint Filed:　Aug 13, 2012<br>Trial Date:　　None Set |

The parties in the above-captioned actions jointly bring this motion pursuant to Civil Local Rule 3-12 for a determination that the action captioned *DeStefano v. Zynga Inc., et al.*, No. 3-12-CV-04007-JSW filed in this Court on July 30, 2012, is related to the following securities class actions that were subsequently filed in this Court:

1. *Draper v. Zynga, Inc., et al.*, No. 12-cv-4017-RS (filed July 31, 2012)
2. *Campus v. Zynga, Inc., et al.*, No. 12-cv-4048-YGR (filed August 1, 2012)
3. *Diemand v. Zynga, Inc., et al.*, No. 12-cv-4059-JSW (filed August 1, 2012)
4. *Phillips v. Zynga, Inc., et al.*, No. 12-cv-4064-EJD (filed August 1, 2012)
5. *Walker v. Zynga, Inc., et al.*, No. 12-cv-4066-EMC (filed August 2, 2012)
6. *Gaines v. Zynga, Inc., et al.*, No. 12-cv-4133-SBA (filed August 6, 2012)
7. *Moayyed v. Zynga, Inc., et al.*, No. 12-cv-4250-EMC (filed August 13, 2012)

The above actions are related within the meaning of Civil Local Rule 3-12(a). Local Rule 3-12(a) states that an action is related to another when:

> (1) the actions concern substantially the same parties, property, transaction, or event; and
>
> (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here.

The actions identified above all purport to be class actions and assert substantially the same claims against Zynga, Inc. ("Zynga"), certain of its directors, officers, and executives. One of the actions also asserts claims against underwriters of Zynga's initial and secondary public offerings of stock on the NASDAQ exchange market. All of the actions were filed shortly after Zynga's July 25, 2012 earnings announcement of second quarter results and lowered guidance for 2012. All actions allege that Zynga misrepresented or failed to disclose material facts about its business in public statements that were made before the July 25 announcement. Each plaintiff seeks to represent a class of investors who purchased Zynga stock before the July 25 announcement.

All of the actions allege violations of the federal securities laws. All of the complaints allege violations under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5. The *DeStefano* complaint also alleges violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933. These actions involve substantially overlapping events, parties, and public statements. The cases raise common legal questions related to class certification and liability.

There will be an unduly burdensome duplication of labor and expense and potentially conflicting results if the cases are conducted before different judges, and assignment of a single judge will conserve judicial resources and promote an efficient determination of these actions.

Accordingly, the parties respectfully request that the Court enter an order relating the above listed actions pursuant to Local Rule 3-12. A [Proposed] Order relating the cases is attached as **Exhibit A**.

Dated: August 30, 2012

JORDAN ETH
ANNA ERICKSON WHITE
PHILIP T. BESIROF
MARK R.S. FOSTER
MORRISON & FOERSTER LLP

By:  /s/ Anna Erickson White
         ANNA ERICKSON WHITE

Attorneys for Defendants
ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA.

BRUCE ANGIOLILLO
SIMONA G. STRAUSS
SIMPSON THACHER & BARTLETT LLP

By: /s/ Simona G. Strauss
      SIMONA G. STRAUSS

Attorneys for Defendants
MORGAN STANLEY & CO., LLC, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., and ALLEN & COMPANY LLC

NICOLE LAVALLEE
BERMAN DEVALERIO

and

JEFFREY N. NORTON
ROY SHIMON
NEWMAN FERRARA LLP

By: /s/ Nicole Lavallee
      NICOLE LAVALLEE
   Attorneys for Plaintiff Mark H. Destefano

SHAWN A. WILLIAMS
DARREN J. ROBBINS
DAVID C. WALTON
ROBBINS GELLER RUDMAN & DOWD LLP

and

FRANK J. JOHNSON
BRETT M. WEAVER
JOHNSON & WEAVER, LLP

By: /s/ Shawn A. Williams
      SHAWN A. WILLIAMS
   Attorneys for Plaintiff Cory Draper

CHERYL D. HAMER
MARC I. GROSS
JEREMY A. LIEBERMAN
PATRICK V. DAHLSTROM
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

By: /s/ Jeremy A. Lieberman
    JEREMY A. LIEBERMAN
  Attorneys for Plaintiff John Campus

LIONEL Z. GLANCY
MICHAEL GOLDBERG
ROBERT V. PRONGAY
GLANCY BINOW & GOLDBERG LLP

and

ETHAN D. WOHL
J. ELAZAR FRUCHTER
WOHL & FRUCHTER LLP

By: /s/ Robert V. Prongay
    ROBERT V. PRONGAY
  Attorneys for Plaintiff Steven T. Diemand

AZRA Z. MEHDI
THE MEHDI FIRM

and

PETER SAFIRSTEIN
OGMENICO MINERVA
ELIZABETH METCALF
MORGAN AND MORGAN, P.C.

By: /s/ Azra Z. Mehdi
    AZRA Z. MEHDI
  Attorneys for Plaintiff Jake Philips

SHAWN A. WILLIAMS
DARREN J. ROBBINS
DAVID C. WALTON
ROBBINS GELLER RUDMAN & DOWD LLP

and

DEBORAH R. GROSS
LAW OFFICES OF BERNARD M. GROSS, P.C.


By:   /s/ Shawn A. Williams
        SHAWN A. WILLIAMS
    Attorneys for Plaintiff William B. Walker


FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
PATRICK H. MORAN
GREGORY M. NESPOLE
ALAN D. WEISS
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By:   /s/ Patrick A. Moran
        PATRICK A. MORAN
    Attorneys for Plaintiff Ira Gaines


SHAWN A. WILLIAMS
DARREN J. ROBBINS
DAVID C. WALTON
ROBBINS GELLER RUDMAN & DOWD LLP

and

ALFRED G. YATES, J.R.
LAW OFFICE OF ALFRED G. YATES, J.R. P.C.


By:   /s/ Shawn A. Williams
        SHAWN A. WILLIAMS
    Attorneys for Plaintiff Hooman Moayyed

JOINT ADMINISTRATIVE MOTION TO RELATE ACTIONS
Case No. 3:12-cv-04007-JSW
sf-3184053

5

## ECF ATTESTATION

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

**JOINT ADMINISTRATIVE MOTION TO RELATE ACTIONS [CIVIL L.R. 3-12]**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Anna Erickson White, Simona G. Strauss, Nicole Lavallee, Shawn A. Williams, Jeremy A. Lieberman, Robert V. Prongay, Azra Z. Mehdi, and Patrick A. Moran have concurred in this filing.

Dated: August 30, 2012                    MORRISON & FOERSTER LLP

                                          By:  /s/ Mark R.S. Foster

# EXHIBIT A

| | |
|---|---|
| 1 | JORDAN ETH (BAR NO. 121617)<br>Email: JEth@mofo.com |
| 2 | ANNA ERICKSON WHITE (BAR NO. 161385)<br>Email: AWhite@mofo.com |
| 3 | PHILIP T. BESIROF (BAR NO. 185053)<br>Email: PBesirof@mofo.com |
| 4 | MARK R.S. FOSTER (BAR NO. 223682)<br>Email: MFoster@mofo.com |
| 5 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 6 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendants<br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN |
| 9 | SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS,<br>CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, |
| 10 | JEFFREY KATZENBERG, STANLEY J. MERESMAN,<br>SUNIL PAUL, and OWEN VAN NATTA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | MARK H. DESTEFANO, On behalf of Himself and All Others Similarly Situated, | Case No. 12-cv-4007-JSW |
| 16 17 | Plaintiff, | **CLASS ACTION** |
| 18 | v. | **[PROPOSED] ORDER RELATING ACTIONS** |
| 19 20 21 22 23 24 | ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MORGAN STANLEY & CO., LLC, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., and ALLEN & COMPANY LLC, | Judge: Hon. Jeffrey S. White<br>Complaint Filed: July 30, 2012<br>Trial Date: None Set |
| 25 | Defendants. | |
| 26 | [*Caption continues on following page.*] | |

[PROPOSED] ORDER RELATING ACTIONS
Case No. 3:12-cv-04007-JSW
sf-3184513

| | |
|---|---|
| CORY DRAPER, Individually, and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT,<br><br>   Defendants. | Case No. 12-cv-4017-RS<br><br>**RELATED CASE**<br><br><br><br>Judge: Hon. Richard Seeborg<br>Complaint Filed: July 31, 2012<br>Trial Date: None Set |
| JOHN CAMPUS, Individually, and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, MARK VRANESH, and JOHN C. SCHAPPERT,<br><br>   Defendants. | Case No. 12-cv-04048-YGR<br><br>**RELATED CASE**<br><br><br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set |
| STEVEN T. DIEMAND, Individually, and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>ZYNGA, INC., MARK PINCUS, REGINALD D. DAVIS, JEFF KARP, JOHN SCHAPPERT, and DAVID M. WEHNER.<br><br>   Defendants. | Case No. 12-cv-4059-JSW<br><br>**RELATED CASE**<br><br><br><br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set |
| JAKE PHILLIPS, Individually, and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT.<br><br>   Defendants. | Case No. 12-cv-4064-EJD<br><br>**RELATED CASE**<br><br><br><br>Judge: Hon. Edward J. Davila<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set |

| | | |
|---|---|---|
| 1 | WILLIAM B. WALKER, Individually, and On Behalf Of All Others Similarly Situated, | Case No. 12-cv-4066-EMC |
| 2 | | **RELATED CASE** |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT. | Judge: Hon. Edward M. Chen<br>Complaint Filed: Aug 2, 2012<br>Trial Date: None Set |
| 6 | Defendants. | |
| 7 | | |
| 8 | IRA GAINES, Individually, and On Behalf Of All Others Similarly Situated, | Case No. 12-cv-4133-SBA |
| | | **RELATED CASE** |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA. | Judge: Hon. Sandra B. Armstrong<br>Complaint Filed: Aug 6, 2012<br>Trial Date: None Set |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | HOOMAN MOAYEED, Individually, and On Behalf Of All Others Similarly Situated, | Case No. 12-cv-4250-EMC |
| 17 | | **RELATED CASE** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT, | Judge: Hon. Edward M. Chen<br>Complaint Filed: Aug 13, 2012<br>Trial Date: None Set |
| 21 | Defendants. | |

**[PROPOSED] ORDER RELATING ACTIONS**

The Court has reviewed the Joint Administrative Motion filed by the parties in the above-captioned actions on August 28, 2012, to relate the actions pursuant to Civil Local Rule 3-12.

As the judge assigned to *DeStefano*, the earliest-filed case below that bears my initials, I find that the subsequently filed cases listed below are related to the case assigned to me, and such cases shall be reassigned to me pursuant to Local Rule 3-12:

1. *DeStefano v. Zynga Inc., et al.*, No. 3-12-CV-04007-JSW (filed August 20, 2012)
2. *Draper v. Zynga, Inc., et al.*, No. 12-cv-4017-RS (filed August 31, 2012)
3. *Campus v. Zynga, Inc., et al.*, No. 12-cv-4048-YGR (filed August 1, 2012)
4. *Diemand v. Zynga, Inc., et al.*, No. 12-cv-4059-JSW (filed August 1, 2012)
5. *Phillips v. Zynga, Inc., et al.*, No. 12-cv-4064-EJD (filed August 1, 2012)
6. *Walker v. Zynga, Inc., et al.*, No. 12-cv-4066-EMC (filed August 2, 2012)
7. *Gaines v. Zynga, Inc., et al.*, No. 12-cv-4133-SBA (filed August 6, 2012)
8. *Moayyed v. Zynga, Inc., et al.*, No. 12-cv-4250-EMC (filed August 13, 2012)

Counsel are instructed that all future filings in any reassigned cases are to bear my initials immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.

Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the Court.

The clerk of the Court is directed to take all necessary steps to reassign the cases in accordance with this Order.

IT IS SO ORDERED.

Dated: August ____, 2012

By: _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge