JORDAN ETH (BAR NO. 121617)
Email: JEth@mofo.com
ANNA ERICKSON WHITE (BAR NO. 161385)
Email: AWhite@mofo.com
PHILIP T. BESIROF
Email: PBesirof@mofo.com (BAR NO. 185053)
MARK R.S. FOSTER
Email: MFoster@mofo.com (BAR NO. 223682)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN
SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS,
CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN,
JEFFREY KATZENBERG, STANLEY J. MERESMAN,
SUNIL PAUL, and OWEN VAN NATTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK H. DESTEFANO, Individually, and On behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MORGAN STANLEY & CO., LLC, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., and ALLEN & COMPANY LLC,<br><br>Defendants. | Case No. 12-cv-4007-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATON AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND DEFERRING DEFENDANTS' DEADLINES TO RESPOND**<br><br><br><br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: July 30, 2012<br>Trial Date: None Set |

[*Caption continues on following page.*]

| | | |
|---|---|---|
| JOHN CAMPUS, Individually, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, MARK VRANESH, and JOHN C. SCHAPPERT,<br><br>Defendants. | Case No. 12-cv-4048-JSW<br>**RELATED CASE**<br><br><br><br>Judge: Jeffrey S. White<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set | |
| STEVEN T. DIEMAND, Individually, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA INC., MARK PINCUS, REGINALD D. DAVIS, JEFF KARP, JOHN SCHAPPERT, and DAVID M. WEHNER,<br><br>Defendants. | Case No. 12-cv-4059-JSW<br>**RELATED CASE**<br><br><br><br>Judge: Jeffrey S. White<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set | |
| JAKE PHILLIPS, Individually, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT,<br><br>Defendants. | Case No. 12-cv-4064-JSW<br>**RELATED CASE**<br><br><br><br>Judge: Jeffrey S. White<br>Complaint Filed: Aug 1, 2012<br>Trial Date: None Set | |
| WILLIAM B. WALKER, Individually, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT,<br><br>Defendants. | Case No. 12-cv-4066-JSW<br>**RELATED CASE**<br><br><br><br>Judge: Jeffrey S. White<br>Complaint Filed: Aug 2, 2012<br>Trial Date: None Set | |

| | | |
|---|---|---|
| IRA GAINES, Individually, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA,<br><br>Defendants. | Case No. 12-cv-4133-SBA<br><br>**RELATED CASE**<br><br>Judge: Jeffrey S. White<br>Complaint Filed: Aug 6, 2012<br>Trial Date: None Set | |
| HOOMAN MOAYYED, Individually, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA, INC., MARK PINCUS, DAVID M. WEHNER, and JOHN SCHAPPERT,<br><br>Defendants. | Case No. 12-cv-4250-JSW<br><br>**RELATED CASE**<br><br>Judge: Jeffrey S. White<br>Complaint Filed: Aug 13, 2012<br>Trial Date: None Set | |

All parties, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order consolidating related actions and deferring Defendants' deadlines to respond to the complaints.

**RECITALS**

A. Between July 30 and August 13, 2012, the above-captioned class actions (the "Related Actions") were filed in this Court. The Related Actions allege violations of the federal securities laws by Zynga Inc., certain of its directors, officers, and executives, as well as underwriters of Zynga's initial and secondary public offerings of stock on the NASDAQ exchange market.

B. On August 30, 2012, the parties filed a Joint Administrative Motion to Relate Actions. (Doc. 24.)

C. On September 17, 2012, the Court issued an order relating the actions. (Doc. 27.)

D. The Related Actions cases are governed by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

E. The Reform Act requires courts to address consolidation of related actions before appointing a lead plaintiff and lead counsel. *See* 15 U.S.C. §§ 77z-1(a)(3)(B), 78u-4(a)(3)(B).

F. Motions for appointment of lead plaintiff and lead counsel are due on October 1, 2012.

G. The parties believe that the actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a) because they involve common questions of law and fact, and substantially the same parties, events, and claims under the federal securities laws.

H. The parties further believe that consolidation of the Related Actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

**I. CONSOLIDATION**

1. The parties agree that the following actions should be consolidated for all purposes, including pre-trial proceedings and trial:

| ABBREVIATED CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *Destafano v. Zynga, Inc., et al.* | 12-CV-4007-JSW | July 30, 2012 |
| *Campus v. Zynga Inc., et al.* | 12-CV-4048-JSW | August 1, 2012 |
| *Diemand v. Zynga Inc., et al.* | 12-CV-4059-JSW | August 1, 2012 |
| *Phillips v. Zynga, Inc., et al.* | 12-CV-4064-JSW | August 1, 2012 |
| *Walker v. Zynga, Inc., et al.* | 12-CV-4066-JSW | August 2, 2012 |
| *Gaines v. Zynga Inc., et al.* | 12-CV-4133-JSW | August 6, 2012 |
| *Moayyed v. Zynga, Inc., et al.* | 12-CV-4250-JSW | August 13, 2012 |

2. Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION** <br><br> Lead Case No. 12-cv-04007-JSW <br><br> Consolidated with Case Nos. <br> 12-CV-4048-JSW <br> 12-CV-4059-JSW <br> 12-CV-4064-JSW <br> 12-CV-4066-JSW <br> 12-CV-4133-JSW <br> 12-CV-4250-JSW |
| This Document Relates To: <br> All Actions. | |

3. The files of the consolidated action shall be maintained in one file under Lead Case No. 12-cv-04007-JSW.

4. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in or deemed related to the existing Related Actions.

## II.   RESPONSE DEADLINE DEFERRED

5.   Defendants shall have no obligation to answer or otherwise respond to any of the complaints filed in the Related Actions or any subsequently related action until after the Court appoints a lead plaintiff and lead counsel for the consolidated actions pursuant to the provisions of the Reform Act.

6.   Defendants will meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss a schedule for the filing of a consolidated amended complaint and Defendants' response, including their currently anticipated motions to dismiss.

Dated: September 25, 2012

JORDAN ETH
ANNA ERICKSON WHITE
PHILIP T. BESIROF
MARK R.S. FOSTER
MORRISON & FOERSTER LLP

By:   /s/ Anna Erickson White
          JORDAN ETH

Attorneys for Defendants
ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA

BRUCE ANGIOLILLO
SIMONA G. STRAUSS
SIMPSON THACHER & BARTLETT LLP

By:   /s/ Simona G. Strauss
          SIMONA G. STRAUSS

Attorneys for Defendants
MORGAN STANLEY & CO., LLC, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., and ALLEN & COMPANY LLC

|   |   |
|---|---|
| 1 | SHAWN A. WILLIAMS |
| 2 | DARREN J. ROBBINS |
|   | DAVID C. WALTON |
| 3 | ROBBINS GELLER RUDMAN & DOWD LLP |

and

ALFRED G. YATES, J.R.
LAW OFFICE OF ALFRED G. YATES, J.R. P.C.


By:  /s/ Shawn A. Williams
    SHAWN A. WILLIAMS
    Attorneys for Plaintiff Hooman Moayyed

### [PROPOSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

By: _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

Dated: September 26, 2012