UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions. | **CLASS ACTION**<br><br>Lead Case No. 12-cv-04007-JSW<br><br>Consolidated with Case Nos.<br>12-CV-4048-JSW<br>12-CV-4059-JSW<br>12-CV-4064-JSW<br>12-CV-4066-JSW<br>12-CV-4133-JSW<br>12-CV-4250-JSW<br><br>**[PROPOSED] RELATED CASE ORDER** |

**[PROPOSED] RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the five more recently filed cases below are related to the case assigned to me, and such cases shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the next-earliest filed case for a related case determination.

**C 12-4007-JSW**        **In Re Zynga Inc. Securities Litigation**

**C 12-4017-RS**         **Draper v. Zynga Inc., et al.**

**I find that the above case is related to the case assigned to me: JSW.**

**C 12-4360-LHK**        **Yan v. Zynga Inc., et al.**

**I find that the above case is related to the case assigned to me: JSW.**

**C 12-4629-CRB**        **Choukri v. Zynga Inc., et al.**

**I find that the above case is related to the case assigned to me: JSW.**

**C 12-4833-LHK**        **Westley v. Zynga Inc., et al.**

**I find that the above case is related to the case assigned to me: JSW.**

**C 12-5065-CRB**        **Reyes v. Zynga Inc., et al.**

**I find that the above case is related to the case assigned to me: JSW.**

**ORDER**

Counsel are instructed that all future filings in any reassigned cases are to bear my initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order

1  continue to govern, except dates for appearance in court, which will be rescheduled by the newly
2  assigned judge.
3  Dated: October ___, 2012

By: _____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE