1  JORDAN ETH (Bar No. 121617)
   Email: JEth@mofo.com
2  ANNA ERICKSON WHITE (Bar No. 161385)
   Email: AWhite@mofo.com
3  PHILIP T. BESIROF (Bar No. 185053)
   Email: PBesirof@mofo.com
4  MARK R.S. FOSTER (Bar No. 223682)
   Email: MFoster@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendants
   ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN
9  SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS,
   CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN,
10 JEFFREY KATZENBERG, STANLEY J. MERESMAN,
   SUNIL PAUL, and OWEN VAN NATTA

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION** |
|---|---|
| | Lead Case No. 12-cv-04007-JSW |
| | Consolidated with Case Nos. |
| This Document Relates To: | 12-CV-4048-JSW |
| All Actions. | 12-CV-4059-JSW |
| | 12-CV-4064-JSW |
| | 12-CV-4066-JSW |
| | 12-CV-4133-JSW |
| | 12-CV-4250-JSW |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

S<small>TIPULATION AND</small> [P<small>ROPOSED</small>] O<small>RDER</small> C<small>ONTINUING</small> J<small>ANUARY</small> 11, 2013 C<small>ASE</small> M<small>ANAGEMENT</small> C<small>ONFERENCE</small>
Case No. 3:12-cv-04007-JSW
sf-3227686

**RECITALS**

A. On September 18, 2012, a case management conference in the above-captioned action was set for January 11, 2013 (ECF No. 28).

B. On September 26, 2012, the Court entered an order on the parties' stipulation that consolidated these actions and deferred Defendants' obligation to respond to any complaints until after the Court appoints a lead plaintiff and lead counsel for this consolidated securities class action. (ECF No. 30). The Court ordered Defendants to meet and confer with court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss a schedule for filing a consolidated amended complaint and Defendants' response. (*Id.*)

C. On February 15, 2013, the Court is scheduled to hear argument on the competing motions for appointment of lead plaintiff and lead counsel. (ECF No. 104.)

D. The parties agree that any obligations to meet and confer should be deferred until after the Court issues an order on the competing motions for appointment of lead plaintiff and lead counsel. Until the Court issues a ruling on those competing motions, there cannot be any meaningful discussion about the next steps for this litigation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval, as follows:

(1) The Case Management Conference currently scheduled for January 11, 2013, shall be continued until further order of the Court.

(2) Counsel for Defendants shall meet and confer with the court-appointed lead counsel for the lead plaintiff within fourteen days after the Court makes its appointment to discuss a new case management conference date and submit a proposal with the parties' proposed schedule for filing of the consolidated amended complaint and Defendants' response.

STIPULATION AND [PROPOSED] ORDER CONTINUING JANUARY 11, 2013 CASE MANAGEMENT CONFERENCE
Case No. 3:12-cv-04007-JSW
sf-3227686

1

| | |
|---|---|
| 1 | |
| 2 | SHAWN A. WILLIAMS<br>DARREN J. ROBBINS<br>DAVID C. WALTON<br>ROBBINS GELLER RUDMAN & DOWD LLP |
| 3 | |
| 4 | and |
| 5 | CURTIS V. TRINKO<br>LAW OFFICES OF CURTIS V. TRINKO, LLP |
| 6 | |
| 7 | By: /s/ Shawn A. Williams |
| 8 | SHAWN A. WILLIAMS<br>Attorneys for Plaintiff Mark F. Westley |
| 9 | |
| 10 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 11 | |
| 12 | |
| 13 | Dated: January 2, 2013 |
| 14 | By: _/s/ Jeffrey S. White_ |
| 15 | The Honorable Jeffrey S. White<br>UNITED STATES DISTRICT JUDGE |

STIPULATION AND [PROPOSED] ORDER CONTINUING JANUARY 11, 2013 CASE MANAGEMENT CONFERENCE
Case No. 3:12-cv-04007-JSW
sf-3227686

6