Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Nicole Lavallee (SBN 165755)
Victor Elias (SBN 262269)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
       nlavallee@bermandevalerio.com
       velias@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nfllp.com
       rshimon@nfllp.com

Co-Lead Counsel and Attorneys for
Lead Plaintiff David Fee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | CLASS ACTION<br><br>Lead Case No. 12-cv-04007-JSW<br><br>Consolidated with Case Nos.<br>12-CV-4048-JSW<br>12-CV-4059-JSW<br>12-CV-4064-JSW<br>12-CV-4066-JSW<br>12-CV-4133-JSW<br>12-CV-4250-JSW |
| This Document Relates To:<br>All Actions. | |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND CORRESPONDING DATES** |

[12-cv-04007-JSW] STIPULATION AND [PROPOSED] ORDER REGARDING
CASE MANAGEMENT CONFERENCE AND CORRESPONDING DATES

WHEREAS, on January 2, 2013, the Court continued the Case Management Conference scheduled for January 11, 2013;

WHEREAS, on January 2, 2013, the Court further ordered counsel for Defendants to meet and confer with the court-appointed lead counsel for lead plaintiff within fourteen days after the Court makes its appointment to discuss a new case management conference date and submit to the Court the proposed date, along with proposed dates for the filing of the consolidated amended complaint and Defendants' response thereto;

WHEREAS, on January 23, 2013, the Court appointed David Fee as Lead Plaintiff and approved Lead Plaintiff's selection of counsel, *i.e.*, Newman Ferrara LLP and Berman DeValerio;

WHEREAS, between January 29, 2013 and February 7, 2013, Plaintiff's counsel and counsel for the undersigned Defendants have conferred regarding the case management conference and related dates;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval and for good cause shown, as follows:

- The Consolidated Complaint shall be filed no later than Friday, March 22, 2013;
- Defendants' Motion to Dismiss shall be filed no later than Friday, May 17, 2013;
- Plaintiff's Opposition brief on the Motion to Dismiss shall be filed no later than Friday, June 28, 2013;
- Defendants' Reply brief on the Motion to Dismiss shall be filed no later than Friday, July 26, 2013;
- The hearing on the Motion to Dismiss shall be set for Friday, August 9, 2013 at 9:00 a.m. in Courtroom 11 on the 19th floor; and
- The Case Management Conference shall be rescheduled for a date five weeks after the Court issues its Order on the Motion to Dismiss. A Joint case management conference statement shall be filed five court days in advance of the Case Management Conference.

1  IT IS SO STIPULATED.

2  DATED: February 7, 2012           BERMAN DEVALERIO

3                                    By: _____
4                                         Nicole Lavallee

5                                    Joseph J. Tabacco, Jr.
                                     Christopher T. Heffelfinger
6                                    Victor Elias
                                     One California Street, Suite 900
7                                    San Francisco, CA 94111
                                     Telephone: (415) 433-3200
8                                    Facsimile: (415) 433-6282
                                     Email: jtabacco@bermandevalario.com
9                                            cheffelfinger@bermandevalario.com
                                             nlavallee@bermandevalario.com
10                                           velias@bermandevalario.com

11                                   Jeffrey M. Norton (Admitted Pro Hac Vice)
                                     Roy Shimon (Admitted Pro Hac Vice)
12                                   NEWMAN FERRARA LLP
                                     1250 Broadway, 27th Floor
13                                   New York, NY 10001
                                     Telephone: (212) 619-5400
14                                   Facsimile: (212) 619-3090
                                     Email: jnorton@nfllp.com
15                                           rshimon@nfllp.com

16                                   *Co-Lead Counsel and Attorneys for Lead Plaintiff
                                     David Fee*
17

18  DATED: February 7, 2012          MORRISON & FOERSTER LLP

19                                   By: _____
                                          Anna Erickson White
20

21                                   Jordan Eth
                                     Anna Erickson White
22                                   Philip T. Besirof
                                     Mark R.S. Foster
23                                   425 Market Street
                                     San Francisco, California 94105-2482
24                                   Telephone: 415.268.7000
                                     Facsimile: 415.268.7522

25                                   *Attorneys for Defendants Zynga Inc., Mark Pincus,
                                     David M. Wehner, John Schappert, Mark Vranesh,
26                                   Reginald D. Davis, Cadir B. Lee, William Gordon,
                                     Reid Hoffman, Jeffrey Katzenberg, Stanley J.
27                                   Meresman, Sunil Paul, and Owen Van Natta*

28

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED that:**

- The Consolidated Complaint shall be filed no later than Friday, March 22, 2013;
- Defendants' Motion to Dismiss shall be filed no later than Friday, May 17, 2013;
- Plaintiff's Opposition brief on the Motion to Dismiss shall be filed no later than Friday, June 28, 2013;
- Defendants' Reply brief on the Motion to Dismiss shall be filed no later than Friday, July 26, 2013;
- The hearing on the Motion to Dismiss shall be set for Friday, August 9, 2013 at 9:00 a.m. in Courtroom 11 on the 19th floor; and
- The Case Management Conference shall be rescheduled for a date five weeks after the Court issues its Order on the Motion to Dismiss. A Joint case management conference statement shall be filed five court days in advance of the Case Management Conference.

PURSUANT TO STIPULATON, IT ~~IS SO~~ ORDERED.

DATED: February 8, 2013

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE