JORDAN ETH (Bar No. 121617)
Email: JEth@mofo.com
ANNA ERICKSON WHITE (Bar No. 161385)
Email: AWhite@mofo.com
PHILIP T. BESIROF (Bar No. 185053)
Email: PBesirof@mofo.com
MARK R.S. FOSTER
Email: MFoster@mofo.com (Bar No. 223682)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Nominal Defendant ZYNGA INC. and
Defendants MARK PINCUS, DAVID M. WEHNER, JOHN
SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS,
CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN,
JEFFREY KATZENBERG, STANLEY J. MERESMAN,
SUNIL PAUL, ELLEN F. SIMINOFF, and OWEN VAN
NATTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE ZYNGA INC. DERIVAVTIVE LITIGATION<br><br>This Document Relates To:<br>All Actions. | **DERIVATIVE ACTION**<br><br>Lead Case No. 12-CV-4327-JSW<br>Consolidated with Case Nos.<br>12-CV-4330-JSW<br>12-CV-4547-JSW<br>12-CV-4684-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION**<br><br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: August 16, 2012<br>Trial Date: None Set |
|---|---|

The parties, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order staying proceedings in this action pending resolution of the motion(s) to dismiss in the related federal securities class action:

WHEREAS, on December 3, 2012, the Court entered an order consolidating four related shareholder derivative lawsuits (the "Federal Derivative Action") asserting claims against certain officers and directors of Zynga;

WHEREAS, the Federal Derivative Action is related to a consolidated securities class action captioned *In re Zynga Inc. Securities Litigation*, Lead Case No. 12-cv-04007-JSW (the "Federal Securities Class Action"), that is currently pending in this Court;

WHEREAS, the defendants in the Federal Securities Class Action anticipate filing motion(s) to dismiss the complaint and a hearing on the motion(s) has been scheduled for August 9, 2013;

WHEREAS, a related consolidated shareholder derivative action captioned *In re Zynga Shareholder Derivative Litigation*, Lead Case No. CGC-12-522934 (the "State Derivative Action"), is currently pending in the Superior Court of California, County of San Francisco before the Honorable John E. Munter;

WHEREAS, counsel for the parties have been engaged in discussions regarding appropriate next steps and means of efficiently managing the Federal Derivative Action;

WHEREAS, the parties have reached an agreement that, to conserve party and judicial resources, all proceedings, discovery, and deadlines in this action shall be stayed pending this Court's ruling on the motion(s) to dismiss in the Federal Securities Class Action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. All proceedings, discovery, and deadlines in this action shall be deferred pending this Court's ruling on the motion(s) to dismiss in the Federal Securities Class Action.

2. The parties shall meet and confer within 14 days of this Court's ruling on the motion(s) to dismiss in the Federal Securities Class Action to discuss proposed next steps for this action.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 8, 2013 | JORDAN ETH<br>ANNA ERICKSON WHITE<br>PHILIP T. BESIROF<br>MARK R.S. FOSTER<br>MORRISON & FOERSTER LLP |

Dated: March 8, 2013

JORDAN ETH
ANNA ERICKSON WHITE
PHILIP T. BESIROF
MARK R.S. FOSTER
MORRISON & FOERSTER LLP

By:    /s/ Anna Erickson White
       ANNA ERICKSON WHITE

Attorneys for Nominal Defendant ZYNGA INC. and Defendants MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, and OWEN VAN NATTA

Dated: March 8, 2013

HARWOOD FEFFER LLP
ROBERT I. HARWOOD
SAMUEL K. ROSEN
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400


By:    /s/ Samuel K. Rosen
      SAMUEL K. ROSEN

Lead Counsel for Plaintiffs


BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP
ALAN PLUTZIK
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Liaison Counsel for Plaintiffs

1

2  Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3

4  Dated: March 11, 2013               By: _____
                                              HONORABLE JEFFREY S. WHITE
5                                             UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No. 12-CV-4327-JSW
sf-3257304

3