Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Nicole Lavallee (SBN 165755)
Victor Elias (SBN 262269)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
       cheffelfinger@bermandevalerio.com
       nlavallee@bermandevalerio.com
       velias@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nfllp.com
       rshimon@nfllp.com

Co-Lead Counsel and Attorneys for
Lead Plaintiff David Fee

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION** |
| | Lead Case No. 12-cv-04007-JSW |
| | Consolidated with Case Nos.<br>12-CV-4048-JSW<br>12-CV-4059-JSW |
| This Document Relates To:<br>All Actions. | 12-CV-4064-JSW<br>12-CV-4066-JSW<br>12-CV-4133-JSW<br>12-CV-4250-JSW |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND CORRESPONDING DATES** |

1    WHEREAS, on January 23, 2013, the Court appointed David Fee as Lead Plaintiff and
2 approved Lead Plaintiff's selection of counsel, *i.e.*, Newman Ferrara LLP and Berman
3 DeValerio (ECF No. 110);

4    WHEREAS, on February 7, 2013, Lead Plaintiff's counsel and counsel for Defendants
5 Zynga Inc., Mark Pincus, David M. Wehner, John Schappert, Mark Vranesh, Reginald D.
6 Davis, Cadir B. Lee, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman,
7 Sunil Paul, and Owen Van Natta (the "Zynga Defendants") submitted a Stipulation and
8 Proposed Order regarding Case Management Conference and corresponding dates applicable to
9 all Defendants, which the Court granted on February 8, 2013 (ECF Nos. 111-112);

10   WHEREAS, pursuant to the February 8, 2013 Stipulation and Order, the Consolidated
11 Complaint is currently to be filed no later than Friday, March 22, 2013;

12   WHEREAS, the February 8, 2013 Stipulation and Order thus provided Lead Plaintiff
13 forty two (42) days from the date of its entry to file the Consolidated Complaint;

14   WHEREAS, on February 15, 2013, Lead Plaintiff's counsel served Defendants Morgan
15 Stanley & Co., LLC, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch,
16 Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., and Allen & Company LLC (the
17 "Underwriter Defendants") (*see* ECF Nos. 114-119);

18   WHEREAS, Lead Plaintiff's counsel states that they have engaged in ongoing
19 investigations.  Lead Plaintiff's counsel further states that a portion of their investigation time
20 was devoted, in good faith, to resolving certain matters relating to a "Confidential Witness"
21 with counsel for the Zynga Defendants, without the necessity of the Court's intervention.  And
22 Lead Plaintiff's counsel notes that the brief extension requested will not result in more than fifty
23 four (54) days from entry of the February 8, 2013 Stipulation and Order setting the existing
24 schedule;

25   WHEREAS, Lead Plaintiff's counsel and counsel for both the undersigned Zynga and
26 Underwriter Defendants have conferred regarding the case management conference and related
27 dates.

28

1 THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval and for good cause shown, as follows:

- The Consolidated Complaint shall be filed no later than Wednesday, April 3, 2013;
- Defendants' Motion to Dismiss shall be filed no later than Friday, May 31, 2013;
- Plaintiff's Opposition brief on the Motion to Dismiss shall be filed no later than Friday, July 12, 2013;
- Defendants' Reply brief on the Motion to Dismiss shall be filed no later than Friday, August 9, 2013;
- The hearing on the Motion to Dismiss shall be set for Friday, August 30, 2013 at 9:00 a.m. in Courtroom 11 on the 19th floor; and
- The Case Management Conference shall be rescheduled for a date five weeks after the Court issues its Order on the Motion to Dismiss. A Joint case management conference statement shall be filed five court days in advance of the Case Management Conference.

**IT IS SO STIPULATED.**

DATED: March 18, 2013           **BERMAN DeVALERIO**

By:   */s/ Nicole Lavallee*
          Nicole Lavallee

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Victor Elias
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalario.com
           cheffelfinger@bermandevalario.com
           nlavallee@bermandevalario.com
           velias@bermandevalario.com

| | |
|---|---|
| 1 | Jeffrey M. Norton (Admitted *Pro Hac Vice*) |
| | Roy Shimon (Admitted *Pro Hac Vice*) |
| 2 | **NEWMAN FERRARA LLP** |
| | 1250 Broadway, 27th Floor |
| 3 | New York, NY 10001 |
| | Telephone:  (212) 619-5400 |
| 4 | Facsimile:  (212) 619-3090 |
| | Email: jnorton@nfllp.com |
| 5 |        rshimon@nfllp.com |
| 6 | *Co-Lead Counsel and Attorneys for Lead Plaintiff David Fee* |

7  DATED:  March 18, 2013     **MORRISON & FOERSTER LLP**

9  By:  */s/ Anna Erickson White*
      Anna Erickson White

Jordan Eth
Anna Erickson White
Philip T. Besirof
Mark R.S. Foster
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants Zynga Inc., Mark Pincus, David M. Wehner, John Schappert, Mark Vranesh, Reginald D. Davis, Cadir B. Lee, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, and Owen Van Natta*

19  DATED:  March 18, 2013     **SIMPSON THACHER & BARTLETT LLP**

By:  */s/ Simona G. Strauss*
      Simona G. Strauss

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002
Email: sstrauss@stblaw.com

Bruce Angiolillo (Admitted *Pro Hac Vice*)
Jonathan K. Youngwood (Admitted *Pro Hac Vice*)
Jeffrey L. Roether (Admitted *Pro Hac Vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502
Email: bangiolillo@stblaw.com

*Attorneys for Defendants Morgan Stanley & Co., LLC, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., and Allen & Company LLC*

### E-Filing Attestation

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Anna Erickson White and Simona G. Strauss have concurred in this filing.

 */s/ Nicole Lavallee*
Nicole Lavallee

# ORDER

Pursuant to the stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED that:**

- The Consolidated Complaint shall be filed no later than Wednesday, April 3, 2013;
- Defendants' Motion to Dismiss shall be filed no later than Friday, May 31, 2013;
- Plaintiff's Opposition brief on the Motion to Dismiss shall be filed no later than Friday, July 12, 2013;
- Defendants' Reply brief on the Motion to Dismiss shall be filed no later than Friday, August 9, 2013;
- The hearing on the Motion to Dismiss shall be set for Friday, August 30, 2013 at 9:00 a.m. in Courtroom 11 on the 19th floor; and
- The Case Management Conference shall be rescheduled for a date five weeks after the Court issues its Order on the Motion to Dismiss. A Joint case management conference statement shall be filed five court days in advance of the Case Management Conference.

**PURSUANT TO STIPULATON, IT IS SO ORDERED.**

DATED: _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Kathy Becker, hereby declare as follows:

I am employed by Berman DeValerio, One California, Suite 900, San Francisco, California, 94111. I am over the age of 18 years and am not a party to this action. On October 16, 2012, I served true and correct copies of:

**STIPULATION AND [PROPOSED] ORDER REGARDING
CASE MANAGEMENT CONFERENCE AND CORRESPONDING DATES**

by placing the document listed above enclosed in a sealed envelope, affixing proper first class postage, and depositing it in the United States Mail at San Francisco, California, in accordance with Berman DeValerio's ordinary business practices addressed as set forth below:

Francis P. McConville
369 Lexington Avenue, 10th Floor
New York, NY 10017

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on March 18, 2013.

*/s/ Kathy Becker*
Kathy Becker