1   JORDAN ETH (Bar No. 121617)
    Email:  JEth@mofo.com
2   ANNA ERICKSON WHITE (Bar No. 161385)
    Email:  AWhite@mofo.com
3   PHILIP T. BESIROF (Bar No. 185053)
    Email:  PBesirof@mofo.com
4   MARK R.S. FOSTER (Bar No. 223682)
    Email:  MFoster@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:     415.268.7000
7   Facsimile:     415.268.7522

8   Attorneys for Defendants
    ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN
9   SCHAPPERT, MARK VRANESH, WILLIAM GORDON,
    REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J.
10  MERESMAN, SUNIL PAUL, and OWEN VAN NATTA

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14
    IN RE ZYNGA INC. SECURITIES          | **CLASS ACTION**
15  LITIGATION                           |
                                         | Lead Case No. 12-cv-04007-JSW
16                                       |
                                         | Consolidated with Case Nos.
17  ─────────────────────────────       | 12-CV-4048-JSW, 12-CV-4059-JSW,
                                         | 12-CV-4064-JSW, 12-CV-4066-JSW,
18  This Document Relates To:            | 12-CV-4133-JSW, 12-CV-4250-JSW
    All Actions.                         |
19                                       |
                                         | **STIPULATION AND [PROPOSED]**
20                                       | **ORDER TO FILE BRIEFS RE MOTION**
                                         | **TO DISMISS IN EXCESS OF 15 PAGES**
21                                       |
                                         | Courtroom:     11, 19th Floor
22                                       | Judge:         Hon. Jeffrey S. White
                                         |
23

24

25

26

27

28

    STIPULATION & [PROPOSED] ORDER TO FILE BRIEFS IN EXCESS OF 15 PAGES
    Case No. 3:12-cv-04007-JSW
    sf-3286008

1    WHEREAS, on April 3, 2013, Lead Plaintiff David Fee and Named Plaintiff Joy Arjoon-

2    Singh ("Plaintiffs") filed the Consolidated Complaint ("Complaint") in the above-entitled matter;

3    WHEREAS, Defendants Zynga Inc., Mark Pincus, David M. Wehner, John Schappert,

4    Mark Vranesh, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil

5    Paul, and Owen Van Natta (collectively, the "Zynga Defendants"), and Morgan Stanley & Co.

6    LLC, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner &

7    Smith Incorporated, Barclays Capital Inc., and Allen & Company LLC (collectively, "the

8    Underwriter Defendants," and together with the Zynga Defendants, "Defendants") are scheduled

9    to file their motions to dismiss on May 31, 2013; Plaintiffs' oppositions to the motions to dismiss

10   are due on July 12, 2013; and Defendants' replies in support of their motions to dismiss are due

11   on August 9, 2013;

12   WHEREAS, all of the Defendants intend on filing motions to dismiss, with the Zynga

13   Defendants making their arguments together in a single motion, and the Underwriter Defendants

14   making their arguments together in a single motion;

15   WHEREAS, although Civil Local Rules 7-2 and 7-3 allow for the filing of briefs up to 25

16   pages in length, this Court's Standing Order limits briefs on motions to dismiss to 15 pages;

17   WHEREAS, the Complaint includes 386 numbered paragraphs over 110 pages and asserts

18   six causes of action—three under the Securities Act of 1933 (for violations of Sections 11,

19   12(a)(2), and 15) and three under the Securities Exchange Act of 1934 (for violations of Sections

20   10(b), 20(a), and 20A)—against 17 Defendants;

21   WHEREAS, the parties have conferred, and believe that in light of the number and

22   complexity of issues presented by the Zynga Defendants' anticipated motion to dismiss, including

23   the fact that the motion to dismiss will be filed on behalf of multiple defendants, it will be helpful

24   to the parties and to the Court, to permit the Zynga Defendants to file their opening brief on their

25   motion to dismiss not to exceed 30 pages, for Plaintiffs to file a brief opposing the Zynga

26   Defendants' motion not to exceed 30 pages, and for the Zynga Defendants to file a reply brief not

27   to exceed 15 pages, exclusive of title pages, indices of cases tables of contents, exhibits, and

28   summaries of argument.

STIPULATION & [PROPOSED] ORDER TO FILE BRIEFS IN EXCESS OF 15 PAGES
Case No. 3:12-cv-04007-JSW
sf-3286008

1

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned

2    parties that, subject to Court approval, the Zynga Defendants may file their opening brief on their

3    motion to dismiss not to exceed 30̶ 25 pages, Plaintiffs may file a brief opposing the Zynga

4    Defendants' motion not to exceed 30̶ 25 pages, and the Zynga Defendants may file a reply brief not

5    to exceed 15 pages, exclusive of title pages, indices of cases, tables of contents, exhibits, and

6    summaries of arguments.

7    Dated: May 22, 2013                            JORDAN ETH
                                                     ANNA ERICKSON WHITE
8                                                    PHILIP T. BESIROF
                                                     MARK R.S. FOSTER
9                                                    MORRISON & FOERSTER LLP

10

11                                                   By:    /s/ *Anna Erickson White*
                                                            Anna Erickson White

12                                                   Attorneys for Defendants
                                                     ZYNGA INC., MARK PINCUS, DAVID M.
13                                                   WEHNER, JOHN SCHAPPERT, MARK
                                                     VRANESH, WILLIAM GORDON, REID
14                                                   HOFFMAN, JEFFREY KATZENBERG,
                                                     STANLEY J. MERESMAN, SUNIL PAUL,
15                                                   and OWEN VAN NATTA

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: May 22, 2013                      BERMAN DeVALERIO

2
                                        By:      /s/  *Nicole Lavallee*
3                                              Nicole Lavallee

4                                              Joseph J. Tabacco, Jr.
                                               Nicole Lavallee
5                                              Victor S. Elias
                                               One California Street, Suite 900
6                                              San Francisco, CA 94111
                                               Telephone: (415) 433-3200
7                                              Facsimile: (415) 433-6282
                                               Email:  jtabacco@bermandevalerio.com
8                                                      nlavallee@bermandevalerio.com
                                                       velias@bermandevalerio.com
9
                                               Jeffrey M. Norton
10                                             Roy Shimon
                                               NEWMAN FERRARA LLP
11                                             1250 Broadway, 27th Floor
                                               New York, NY 10001
12                                             Telephone:  (212) 619-5400
                                               Facsimile:  (212) 619-3090
13                                             Email:  jnorton@nfllp.com
                                                       rshimon@nfllp.com
14
                                               Co-Lead Counsel and Attorneys for
15                                             Lead Plaintiff David Fee and Named Plaintiff
                                               Joy Arjoon-Singh
16

17

18   PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED.

19

20

21   Dated:   May 23, 2013

                                        By:  _____
22                                             The Honorable Jeffrey S. White
                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER TO FILE BRIEFS IN EXCESS OF 15 PAGES
Case No. 3:12-cv-04007-JSW
sf-3286008

3