SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 251-5000
Facsimile:   (650) 251-5002

BRUCE D. ANGIOLILLO (*Pro Hac Vice*)
JONATHAN K. YOUNGWOOD (*Pro Hac Vice*)
JEFFREY L. ROETHER (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-2000
Facsimile:   (212) 455-2502

Attorneys for Defendants Morgan Stanley & Co. LLC,
Goldman, Sachs & Co., J.P. Morgan Securities LLC,
Merrill Lynch, Pierce, Fenner & Smith Incorporated,
Barclays Capital Inc., and Allen & Company LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions. | **CLASS ACTION**<br><br>Lead Case No. 12-cv-04007-JSW<br><br>**UNDERWRITER DEFENDANTS' JOINDER IN ZYNGA DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>DATE:      August 30, 2013<br>TIME:      9:00 a.m.<br>DEPT.:     Courtroom 11, 19th Floor<br>JUDGE:   The Honorable Jeffrey S. White<br><br>Filed concurrently with:  Notice of Motion and Motion to Dismiss; Memorandum of Points & Authorities In Support Thereof; [Proposed] Order |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Morgan Stanley & Co. LLC, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., and Allen & Company LLC hereby join in the Introduction and Background sections and Argument sections I, II(A), II(B), II(C), IV(A) and IV(B) of the Zynga Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint.

Respectfully submitted,

Dated:  May 31, 2013         SIMPSON THACHER & BARTLETT LLP


By: _____/s Simona G. Strauss /_____
    Simona G. Strauss, 203062
    sstrauss@stblaw.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., and Allen & Company LLC*