# Exhibit 11



## Zynga Announces Closing of Secondary Offering

SAN FRANCISCO, April 3, 2012 (GLOBE NEWSWIRE) -- Zynga Inc. (Nasdaq:ZNGA) today announced the completion of an underwritten public offering of an aggregate of 49,414,526 shares of its Class A common stock, including 6,445,373 shares of Class A common stock sold pursuant to the full exercise by the underwriters of their option to purchase additional shares. All of the shares were sold by selling stockholders at a price to the public of $12.00 per share. As part of the offering, all selling stockholders, as well as all officers and directors, agreed to lock-up agreements that extend the transfer restrictions on their shares until at least 90 days following the offering.

The principal purposes of the offering were to facilitate an orderly distribution of shares and to increase the company's public float. Zynga did not receive any proceeds from the sale of shares in the offering.

Morgan Stanley & Co. LLC and Goldman, Sachs & Co. acted as the joint bookrunning managers and representatives of the underwriters for the offering. BofA Merrill Lynch, Barclays Capital Inc. and J.P. Morgan Securities LLC also acted as joint bookrunning managers, and Allen & Company LLC acted as a senior co-manager for the offering.

A registration statement relating to these securities was declared effective by the Securities and Exchange Commission on March 28, 2012. A final prospectus related to the offering has been filed with the Securities and Exchange Commission and is available on the SEC's Web site at http://www.sec.gov. Copies of the final prospectus may be obtained from the offices of Morgan Stanley & Co. LLC, Attention: Prospectus Department, 180 Varick Street, 2nd Floor, New York, New York 10014, or by email at prospectus@morganstanley.com, or from the offices of Goldman, Sachs & Co., Attention: Prospectus Department, 200 West Street, New York, New York 10282, or by e-mail at prospectus-ny@ny.email.gs.com.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to their registration or qualification under the securities laws of any such state or jurisdiction.

The Zynga Inc. logo is available at http://www.globenewswire.com/newsroom/prs/?pkgid=11743

```
CONTACT: Investors - Krista Bessinger

         415-339-5266

         investors@zynga.com



         Press - Dani Dudeck

         415-503-0303

         press@zynga.com
```



Source: Zynga Inc.

News Provided by Acquire Media