# Exhibit 23

EDGAR Online

# ZYNGA INC
Reported by
## VRANESH MARK

## FORM 4
(Statement of Changes in Beneficial Ownership)

Filed 12/16/11 for the Period Ending 12/15/11

|  |  |
|---|---|
| Address | 699 EIGHTH STREET<br>SAN FRANCISCO, CA 94103 |
| Telephone | 800-762-2530 |
| CIK | 0001439404 |
| Symbol | ZNGA |
| SIC Code | 7374 - Computer Processing and Data Preparation and Processing Services |

Powered By EDGAR Online
http://www.edgar-online.com
© Copyright 2011, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | **STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES** | OMB Number: 3235-0287<br>Expires: November 30, 2011<br>Estimated average burden hours per response... 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person *<br>**Vranesh Mark**<br>(Last) (First) (Middle)<br>**C/O ZYNGA INC., 699 EIGHTH STREET**<br>(Street)<br>**SAN FRANCISCO, CA 94103**<br>(City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>**ZYNGA INC [ ZNGA ]**<br>3. Date of Earliest Transaction (MM/DD/YYYY)<br>**12/15/2011**<br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>____ Director ____ 10% Owner<br>__ X __ Officer (give title below) ____ Other (specify below)<br>**Chief Accounting Officer**<br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_ X _ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 12/15/2011 | | C | | 27510 (1) | A | $10 (1) | 27510 (1) | D | |
| Class A Common Stock | 12/15/2011 | | F | | 27510 (2) | D | $10 (2) | 0 | D | |

## Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | $ 0 | 12/15/2011 | | A | | 200000 | | (3) (4) | 4/15/2017 | Class B Common Stock (5) | 200000 | $ 0 | 200000 | D | |
| Restricted Stock Unit | $ 0 | 12/15/2011 | | M | | | 75000 | (6) | (6) | Class B Common Stock (5) | 75000 | $ 0 | 125000 | D | |
| Class B Common Stock (5) | $ 0 | 12/15/2011 | | M | | 75000 | | (6) | (6) | Class A Common Stock | 75000 | $ 0 | 75000 | D | |
| Class B Common Stock (5) | $ 0 | 12/15/2011 | | C | | | 27510 (7) | (6) | (6) | Class A Common Stock | 27510 (7) | $ 0 | 47490 | D | |
| Class B Common Stock (5) | $ 0 | | | | | | | (6) | (6) | Class A Common Stock | 100000 | | 147490 | D | |
| Class B Common | $ 0 | | | | | | | | | Class A Common | 1694108 | | 1694108 | I | See footnote |

**Table II - Derivative Securities Beneficially Owned** ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| **Stock** (5) | | | | | | | | (6) | (6) | **Stock** | | | | | (8) |
| **Class B Common Stock** (5) | **$ 0** | | | | | | | (6) | (6) | **Class A Common Stock** | 300000 | | 300000 | I | See footnote (9) |

**Explanation of Responses:**

( 1 ) Represents the number of shares that were acquired upon conversion of Class B Common Stock to Class A Common Stock in connection with the net settlement of restricted stock units (the "RSUs") listed in Table II, based on the Issuer's initial public offering (the "IPO") price of $10.00 per share. These shares were cancelled following such conversion to satisfy the tax withholding obligations of the Issuer.

( 2 ) Represents the number of shares cancelled to cover tax withholding in connection with the net settlement of RSUs listed in Table II, based on the IPO price of $10.00 per share.

( 3 ) Represents RSUs that were granted on April 15, 2010. These RSUs have a term of 7 years and are settled in shares of the Issuer's Class B Common Stock. As granted, the vesting of the RSUs was subject to satisfaction of both a service-based condition and a liquidity event-based condition. The liquidity event-based condition was satisfied, and a portion of the RSUs became vested, on December 15, 2011, upon the execution and effectiveness of an underwriting agreement by and among the Issuer, the underwriters and certain selling stockholders of the Issuer, in connection with the IPO.

( 4 ) The service-based vesting condition was satisfied as to 1/4th of the total shares underlying the RSU on April 15, 2011. The remaining shares vest, in equal quarterly installments thereafter, subject to continued service to the Issuer through each vesting date.

( 5 ) Each share of Class B Common Stock is convertible at any time at the option of the Reporting Person into one share of Class A Common Stock and has no expiration date. Class B Common Stock will convert automatically into Class A Common Stock on the date on which the number of outstanding shares of Class B Common Stock and Class C Common Stock together represent less than 10% of the aggregate combined voting power of the Issuer's capital stock. In addition, each share of Class B Common Stock will convert automatically into one share of Class A Common Stock upon (i) any transfer, whether or not for value, (subject to certain exceptions), or (ii) in the event of death of the Reporting Person.

( 6 ) Not applicable.

( 7 ) Represents shares that have been converted to Class A Common Stock and then cancelled to cover tax withholding in connection with the net settlement of RSUs, based on the initial public offering price of $10.00 per share. The cancellation of the Class A Common Stock is listed in Table I.

( 8 ) Shares held directly by Vranesh Family Trust. Mark Vranesh serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by Vranesh Family Trust.

( 9 ) Shares held directly by The MAV Annuity Trust. Mark Vranesh's spouse, Christine Vranesh, serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by The MAV Annuity Trust.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Vranesh Mark**<br>**C/O ZYNGA INC.**<br>**699 EIGHTH STREET**<br>**SAN FRANCISCO, CA 94103** | | | **Chief Accounting Officer** | |

**Signatures**

| /s/ Mark Vranesh | 12/15/2011 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

EDGAR Online

# ZYNGA INC
## Reported by
## VRANESH MARK

## FORM 4
(Statement of Changes in Beneficial Ownership)

## Filed 01/18/12 for the Period Ending 01/15/12

| | |
|---|---|
| Address | 699 EIGHTH STREET<br>SAN FRANCISCO, CA 94103 |
| Telephone | 800-762-2530 |
| CIK | 0001439404 |
| Symbol | ZNGA |
| SIC Code | 7374 - Computer Processing and Data Preparation and Processing Services |
| Industry | Software & Programming |
| Sector | Technology |
| Fiscal Year | 12/31 |

Powered By EDGAR Online
http://www.edgar-online.com
© Copyright 2012, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES | OMB Number: 3235-0287<br>Expires: November 30, 2011<br>Estimated average burden hours per response... 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person *<br>**Vranesh Mark** | 2. Issuer Name **and** Ticker or Trading Symbol<br>**ZYNGA INC [ ZNGA ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>____ Director   ____ 10% Owner<br>__ X __ Officer (give title below)   ____ Other (specify below)<br>**Chief Accounting Officer** |
|---|---|---|
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY)<br>**1/15/2012** | |
| **C/O ZYNGA INC., 699 EIGHTH STREET** | | |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_ X _ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| **SAN FRANCISCO, CA 94103** | | |
| (City)   (State)   (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 1/15/2012 | | C | | 5156 (1) | A | $8.87 (1) | 5156 (1) | D | |
| Class A Common Stock | 1/15/2012 | | F | | 5156 (2) | D | $8.87 (2) | 0 | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | $ 0 | 1/15/2012 | | M | | | 12500 | (3) | 4/15/2017 | Class B Common Stock (4) | 12500 | $ 0 | 112500 | D | |
| Class B Common Stock (4) | $ 0 | 1/15/2012 | | M | | 12500 | | (3) | (3) | Class A Common Stock | 12500 | $ 0 | 159990 | D | |
| Class B Common Stock (4) | $ 0 | 1/15/2012 | | C | | 5156 (5) | | (3) | (3) | Class A Common Stock | 5156 (5) | $ 0 | 154834 | D | |
| Class B Common Stock (4) | $ 0 | | | | | | | (3) | (3) | Class A Common Stock | 1694108 | | 1694108 | I | See footnote (6) |
| Class B Common Stock (4) | $ 0 | | | | | | | (3) | (3) | Class A Common Stock | 300000 | | 300000 | I | See footnote (7) |

**Explanation of Responses:**

( 1 ) Represents the number of shares that were acquired upon conversion of Class B Common Stock to Class A Common Stock in connection with the net settlement of restricted stock units (the "RSUs") listed in Table II, based on the Issuer's fair market value per share on the close of the business day of the reported transaction, unless reported transaction falls on a non-business day, in which case the fair market value per share on the close of the prior business day is used. These shares were cancelled following such conversion to satisfy the tax withholding obligations of the Issuer.

( 2 ) Represents the number of shares cancelled to cover tax withholding in connection with the net settlement of RSUs listed in Table II, based on the Issuer's fair market value per share on the close of the business day of the reported transaction, unless reported transaction falls on a non-business day, in which case the fair market value per share on the close of the prior business day is used.

( 3 ) Not applicable.

( 4 ) Each share of Class B Common Stock is convertible at any time at the option of the Reporting Person into one share of Class A Common Stock and has no expiration date. Class B Common Stock will convert automatically into Class A Common Stock on the date on which the number of outstanding shares of Class B Common Stock and Class C Common Stock together represent less than 10% of the aggregate combined voting power of the Issuer's capital stock. In addition, each share of Class B Common Stock will convert automatically into one share of Class A Common Stock upon (i) any transfer, whether or not for value, (subject to certain exceptions), or (ii) in the event of death of the Reporting Person.

( 5 ) Represents shares that have been converted to Class A Common Stock and then cancelled to cover tax withholding in connection with the net settlement of RSUs, based on the Issuer's fair market value per share on the close of the business day of the reported transaction, unless reported transaction falls on a non-business day, in which case the fair market value per share on the close of the prior business day is used. The cancellation of the Class A Common Stock is listed in Table I.

( 6 ) Shares held directly by Vranesh Family Trust. Mark Vranesh serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by Vranesh Family Trust.

( 7 ) Shares held directly by The MAV Annuity Trust. Mark Vranesh's spouse, Christine Vranesh, serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by The MAV Annuity Trust.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Vranesh Mark**<br>**C/O ZYNGA INC.**<br>**699 EIGHTH STREET**<br>**SAN FRANCISCO, CA 94103** | | | **Chief Accounting Officer** | |

**Signatures**

| /s/ Devang Shah, as power of attorney for Mark Vranesh | 1/18/2012 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

EDGAR Online

# ZYNGA INC
## Reported by
## VRANESH MARK

## FORM 4
(Statement of Changes in Beneficial Ownership)

Filed 04/04/12 for the Period Ending 04/03/12

| | |
|---|---|
| Address | 699 EIGHTH STREET<br>SAN FRANCISCO, CA 94103 |
| Telephone | 800-762-2530 |
| CIK | 0001439404 |
| Symbol | ZNGA |
| SIC Code | 7374 - Computer Processing and Data Preparation and Processing Services |
| Industry | Software & Programming |
| Sector | Technology |
| Fiscal Year | 12/31 |

Powered By EDGAR Online
http://www.edgar-online.com
© Copyright 2012, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | | OMB Number: 3235-0287<br>Estimated average burden hours per response... 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person *<br>**Vranesh Mark**<br>(Last)  (First)  (Middle)<br>**C/O ZYNGA INC., 699 EIGHTH STREET**<br>(Street)<br>**SAN FRANCISCO, CA 94103**<br>(City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>**ZYNGA INC [ ZNGA ]**<br>3. Date of Earliest Transaction (MM/DD/YYYY)<br>**4/3/2012**<br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>\_\_\_\_ Director  \_\_\_\_\_ 10% Owner<br>\_\_ **X** \_\_ Officer (give title below)  \_\_\_\_\_ Other (specify below)<br>**Chief Accounting Officer**<br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>\_ **X** \_ Form filed by One Reporting Person<br>\_\_\_ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 4/3/2012 | | C | | 366216 | A | $0.00 (1) | 366216 | I | See footnote (2) |
| Class A Common Stock | 4/3/2012 | | S | | 366216 | D | $11.64 (3) | 0 | I | See footnote (2) |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | (1) | 4/3/2012 | | C | | | 366216 | (1) | (1) | Class A Common Stock | 366216 | $0.00 | 1327892 | I | See footnote (2) |
| Class B Common Stock | (1) | | | | | | | (1) | (1) | Class A Common Stock | 300000 | | 300000 | I | See footnote (4) |
| Class B Common Stock | (1) | | | | | | | (1) | (1) | Class A Common Stock | 154834 | | 154834 | D | |

**Explanation of Responses:**

( 1) Each share of Class B Common Stock is convertible at any time at the option of the Reporting Person into one share of Class A Common Stock and has no expiration date. Class B Common Stock will convert automatically into Class A Common Stock on the date on which the number of outstanding shares of Class B Common Stock and Class C Common Stock together represent less than 10% of the aggregate combined voting power of the Issuer's capital stock. In addition, each share of Class B Common Stock will convert

automatically into one share of Class A Common Stock upon (i) any transfer, whether or not for value, (subject to certain exceptions), or (ii) in the event of death of the Reporting Person.

( 2 ) Shares held directly by Vranesh Family Trust. Mark Vranesh serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by Vranesh Family Trust.

( 3 ) Each share of Class A Common Stock was issued upon conversion of one share of Class B Common Stock. The Reporting Person sold shares to the Underwriters in connection with the sale of shares of Class A Common Stock by the Reporting Person in the Issuer's public offering.

( 4 ) Shares held directly by The MAV Annuity Trust. Mark Vranesh's spouse, Christine Vranesh, serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by The MAV Annuity Trust.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| **Vranesh Mark**<br>**C/O ZYNGA INC.**<br>**699 EIGHTH STREET**<br>**SAN FRANCISCO, CA 94103** | | | **Chief Accounting Officer** | |

**Signatures**

| | |
| --- | --- |
| /s/ Chrystal Menard on behalf of Mark Vranesh | 4/3/2012 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

EDGAR Online

# ZYNGA INC
## Reported by
## VRANESH MARK

## FORM 4
(Statement of Changes in Beneficial Ownership)

## Filed 04/17/12 for the Period Ending 04/15/12

| | |
|---|---|
| Address | 699 EIGHTH STREET<br>SAN FRANCISCO, CA 94103 |
| Telephone | 800-762-2530 |
| CIK | 0001439404 |
| Symbol | ZNGA |
| SIC Code | 7374 - Computer Processing and Data Preparation and Processing Services |
| Industry | Software & Programming |
| Sector | Technology |
| Fiscal Year | 12/31 |

Powered By EDGAR Online
http://www.edgar-online.com
© Copyright 2012, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | | OMB Number: 3235-0287<br>Estimated average burden hours per response... 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person * **Vranesh Mark** | 2. Issuer Name **and** Ticker or Trading Symbol **ZYNGA INC [ ZNGA ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>____ Director ____ 10% Owner<br>__ X __ Officer (give title below) ____ Other (specify below)<br>**Chief Accounting Officer** |
|---|---|---|
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | |
| **C/O ZYNGA INC., 699 EIGHTH STREET** | **4/15/2012** | |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **SAN FRANCISCO, CA 94103** | | _ X _ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 4/15/2012 | | C | | 12500 | A | (1) | 12500 | D | |
| Class A Common Stock | 4/16/2012 | | S | | 4714 (2) | D | $11.531 | 7786 | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| **Restricted Stock Unit** | $0.00 | 4/15/2012 | | M | | | 12500 | (3) | 4/15/2017 | Class B Common Stock | 12500 | $0.00 | 100000 | D | |
| **Class B Common Stock** | (1) | 4/15/2012 | | M | | 12500 | | (1) | (1) | Class A Common Stock | 12500 | $0.00 | 167334 | D | |
| **Class B Common Stock** | (1) | 4/15/2012 | | C | | | 12500 | (1) | (1) | Class A Common Stock | 12500 | $0.00 | 154834 | D | |
| **Class B Common Stock** | (1) | | | | | | | (1) | (1) | Class A Common Stock | 1327892 | | 1327892 | I | See footnote (4) |
| **Class B Common Stock** | (1) | | | | | | | (1) | (1) | Class A Common Stock | 300000 | | 300000 | I | See footnote (5) |

**Explanation of Responses:**

( 1 ) Each share of Class B Common Stock is convertible at any time at the option of the Reporting Person into one share of Class A Common Stock and has no expiration date. Class B Common Stock will convert automatically into Class A Common Stock on the date on which the number of outstanding shares of Class B Common Stock and Class C Common Stock together represent less than 10% of the aggregate combined voting power of the Issuer's capital stock. In addition, each share of Class B Common Stock will convert automatically into one share of Class A Common Stock upon (i) any transfer, whether or not for value, (subject to certain exceptions), or (ii) in the event of death of the Reporting Person.

( 2 ) Represents the number of shares sold to cover tax withholding in connection with the vested restricted stock units (the "RSUs") listed in Table II. The sales price reported is the weighted average sale price for the number of shares sold. Full information regarding the number of shares sold at each separate price will be supplied upon request by the Securities & Exchange Commission staff, the Issuer or a security holder of the Issuer.

( 3 ) 1/4th of the total shares underlying the RSU vested on April 15, 2011. The remaining shares vest, in equal quarterly installments thereafter, subject to continued service to the Issuer through each vesting date.

( 4 ) Shares held directly by Vranesh Family Trust. Mark Vranesh serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by Vranesh Family Trust.

( 5 ) Shares held directly by The MAV Annuity Trust. Mark Vranesh's spouse, Christine Vranesh, serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by The MAV Annuity Trust. Mr. Vranesh disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Vranesh Mark<br>C/O ZYNGA INC.<br>699 EIGHTH STREET<br>SAN FRANCISCO, CA 94103** | | | **Chief Accounting Officer** | |

**Signatures**

| /s/ Chrystal Menard on behalf of Mark Vranesh | 4/16/2012 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

# ZYNGA INC
## Reported by
## VRANESH MARK

## FORM 4
(Statement of Changes in Beneficial Ownership)

Filed 07/17/12 for the Period Ending 07/15/12

| | |
|---|---|
| Address | 699 EIGHTH STREET<br>SAN FRANCISCO, CA 94103 |
| Telephone | 800-762-2530 |
| CIK | 0001439404 |
| Symbol | ZNGA |
| SIC Code | 7374 - Computer Processing and Data Preparation and Processing Services |
| Industry | Software & Programming |
| Sector | Technology |
| Fiscal Year | 12/31 |

Powered By EDGAR Online
http://www.edgar-online.com
© Copyright 2012, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | | OMB Number: 3235-0287<br>Estimated average burden hours per response... 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person * **Vranesh Mark** | 2. Issuer Name **and** Ticker or Trading Symbol **ZYNGA INC [ ZNGA ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | ___ Director  ___ 10% Owner<br>_X_ Officer (give title below)  ___ Other (specify below) |
| **C/O ZYNGA INC., 699 EIGHTH STREET** | **7/15/2012** | **Chief Accounting Officer** |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **SAN FRANCISCO, CA 94103** | | _X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 7/15/2012 | | C | | 12500 | A | (1) | 20286 | D | |
| Class A Common Stock | 7/16/2012 | | S | | 4580 (2) | D | $4.915 | 15706 | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | $0.00 | 7/15/2012 | | M | | | 12500 | (3) | 4/15/2017 | Class B Common Stock | 12500 | $0.00 | 87500 | D | |
| Class B Common Stock | (1) | 7/15/2012 | | M | | 12500 | | (1) | (1) | Class A Common Stock | 12500 | $0.00 | 167334 | D | |
| Class B Common Stock | (1) | 7/15/2012 | | C | | | 12500 | (1) | (1) | Class A Common Stock | 12500 | $0.00 | 154834 | D | |
| Class B Common Stock | (1) | | | | | | | (1) | (1) | Class A Common Stock | 300000 | | 300000 | I | See footnote (4) |
| Class B Common Stock | (1) | | | | | | | (1) | (1) | Class A Common Stock | 1327892 | | 1327892 | I | See footnote (5) |

**Explanation of Responses:**

( 1 ) Each share of Class B Common Stock is convertible at any time at the option of the Reporting Person into one share of Class A Common Stock and has no expiration date. Class B Common Stock will convert automatically into Class A Common Stock on the date on which the number of outstanding shares of Class B Common Stock and Class C Common Stock together represent less than 10% of the aggregate combined voting power of the Issuer's capital stock. In addition, each share of Class B Common Stock will convert automatically into one share of Class A Common Stock upon (i) any transfer, whether or not for value, (subject to certain exceptions), or (ii) in the event of death of the Reporting Person.

( 2 ) Represents the number of shares sold to cover tax withholding in connection with the vested restricted stock units (the "RSUs") listed in Table II. The sales price reported is the weighted average sale price for the number of shares sold. Full information regarding the number of shares sold at each separate price will be supplied upon request by the Securities & Exchange Commission staff, the Issuer or a security holder of the Issuer.

( 3 ) RSU grant number 00001043 vests as follows: 1/4th of the total shares underlying the RSU vested on April 15, 2011. The remaining shares vest, in equal quarterly installments thereafter, subject to continued service to the Issuer through each vesting date.

( 4 ) Shares held directly by The MAV Annuity Trust. Mark Vranesh's spouse, Christine Vranesh, serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by The MAV Annuity Trust. Mr. Vranesh disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

( 5 ) Shares held directly by Vranesh Family Trust. Mark Vranesh serves as sole trustee and retains sole voting and dispositive power with respect to the shares held by Vranesh Family Trust.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Vranesh Mark**<br>**C/O ZYNGA INC.**<br>**699 EIGHTH STREET**<br>**SAN FRANCISCO, CA 94103** | | | **Chief Accounting Officer** | |

**Signatures**

| /s/ Chrystal Menard, as power of attorney for Mark Vranesh | 7/17/2012 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.