# Exhibit 32

**Zynga Stock Data (December 16, 2011 – July 26, 2012)**

| Date | Open | High | Low | Close | Volume | Adj Close |
|---:|---:|---:|---:|---:|---:|---:|
| 12/16/2011 | 11 | 11.5 | 9 | 9.5 | 116,817,000 | 9.5 |
| 12/19/2011 | 9.5 | 9.6 | 8.75 | 9.05 | 18,394,000 | 9.05 |
| 12/20/2011 | 9.15 | 9.38 | 9.08 | 9.24 | 8,358,800 | 9.24 |
| 12/21/2011 | 9.24 | 9.57 | 9.15 | 9.47 | 5,069,400 | 9.47 |
| 12/22/2011 | 9.65 | 9.65 | 9.25 | 9.47 | 2,986,200 | 9.47 |
| 12/23/2011 | 9.43 | 9.47 | 9.27 | 9.39 | 2,655,300 | 9.39 |
| 12/27/2011 | 9.34 | 9.82 | 9.32 | 9.75 | 3,238,500 | 9.75 |
| 12/28/2011 | 9.82 | 9.82 | 9.39 | 9.5 | 2,270,000 | 9.5 |
| 12/29/2011 | 9.43 | 9.57 | 9.32 | 9.37 | 2,512,100 | 9.37 |
| 12/30/2011 | 9.29 | 9.43 | 9.19 | 9.41 | 5,522,300 | 9.41 |
| 1/3/2012 | 9.52 | 9.64 | 9.4 | 9.45 | 3,995,400 | 9.45 |
| 1/4/2012 | 9.49 | 9.49 | 9.12 | 9.19 | 4,299,400 | 9.19 |
| 1/5/2012 | 9.1 | 9.15 | 8.82 | 8.91 | 9,716,100 | 8.91 |
| 1/6/2012 | 8.93 | 8.99 | 8.45 | 8.81 | 8,445,200 | 8.81 |
| 1/9/2012 | 8.53 | 8.61 | 7.97 | 8 | 9,779,100 | 8 |
| 1/10/2012 | 8.11 | 8.59 | 8.06 | 8.53 | 4,884,800 | 8.53 |
| 1/11/2012 | 8.55 | 8.57 | 8.21 | 8.33 | 3,101,900 | 8.33 |
| 1/12/2012 | 8.33 | 8.46 | 8.24 | 8.45 | 2,936,800 | 8.45 |
| 1/13/2012 | 8.43 | 8.99 | 8.35 | 8.87 | 5,033,500 | 8.87 |
| 1/17/2012 | 9.1 | 9.4 | 8.93 | 9.22 | 4,855,100 | 9.22 |
| 1/18/2012 | 9.2 | 9.2 | 8.52 | 8.65 | 6,548,100 | 8.65 |
| 1/19/2012 | 8.75 | 8.75 | 8.5 | 8.53 | 3,957,200 | 8.53 |
| 1/20/2012 | 8.7 | 9.19 | 8.55 | 9.09 | 6,336,600 | 9.09 |
| 1/23/2012 | 9.15 | 9.19 | 8.75 | 9.12 | 4,710,700 | 9.12 |
| 1/24/2012 | 9.03 | 9.9 | 9.01 | 9.71 | 11,583,500 | 9.71 |
| 1/25/2012 | 9.96 | 10 | 9.48 | 9.53 | 7,969,200 | 9.53 |
| 1/26/2012 | 9.73 | 9.73 | 9.2 | 9.52 | 5,480,800 | 9.52 |
| 1/27/2012 | 9.45 | 10.25 | 9.4 | 10.05 | 14,881,400 | 10.05 |
| 1/30/2012 | 10.02 | 10.51 | 10.02 | 10.39 | 12,114,300 | 10.39 |
| 1/31/2012 | 10.54 | 10.64 | 10.1 | 10.49 | 6,949,500 | 10.49 |
| 2/1/2012 | 10.63 | 10.65 | 10.39 | 10.6 | 6,345,400 | 10.6 |
| 2/2/2012 | 11.05 | 12.91 | 10.84 | 12.39 | 59,164,300 | 12.39 |
| 2/3/2012 | 12.97 | 14.44 | 12.75 | 13.39 | 55,723,600 | 13.39 |
| 2/6/2012 | 13.56 | 14 | 12.49 | 12.77 | 29,648,100 | 12.77 |
| 2/7/2012 | 12.92 | 13.4 | 12.5 | 13.31 | 16,662,800 | 13.31 |
| 2/8/2012 | 13.06 | 13.77 | 12.9 | 13.69 | 15,440,100 | 13.69 |

**Zynga Stock Data (December 16, 2011 – July 26, 2012)**

| Date | Open | High | Low | Close | Volume | Adj Close |
|---:|---:|---:|---:|---:|---:|---:|
| 2/9/2012 | 13.83 | 13.9 | 12.95 | 13.25 | 14,964,900 | 13.25 |
| 2/10/2012 | 13.06 | 13.48 | 13 | 13.33 | 7,676,600 | 13.33 |
| 2/13/2012 | 13.7 | 13.75 | 13.11 | 13.42 | 11,662,400 | 13.42 |
| 2/14/2012 | 13.75 | 14.55 | 13.46 | 14.35 | 33,607,000 | 14.35 |
| 2/15/2012 | 12.95 | 13.24 | 11.72 | 11.8 | 40,990,300 | 11.8 |
| 2/16/2012 | 11.9 | 12.42 | 11.71 | 12.06 | 9,919,100 | 12.06 |
| 2/17/2012 | 12.39 | 12.99 | 12.29 | 12.93 | 9,989,100 | 12.93 |
| 2/21/2012 | 13.05 | 13.39 | 12.75 | 13.03 | 10,004,100 | 13.03 |
| 2/22/2012 | 13 | 13.07 | 12.55 | 12.66 | 4,755,200 | 12.66 |
| 2/23/2012 | 12.8 | 13 | 12.68 | 12.81 | 3,907,200 | 12.81 |
| 2/24/2012 | 12.94 | 13.06 | 12.77 | 12.93 | 3,692,600 | 12.93 |
| 2/27/2012 | 12.89 | 13.26 | 12.7 | 13.24 | 4,837,900 | 13.24 |
| 2/28/2012 | 13.29 | 13.49 | 13.1 | 13.3 | 4,333,700 | 13.3 |
| 2/29/2012 | 13.15 | 13.61 | 13.15 | 13.17 | 7,600,000 | 13.17 |
| 3/1/2012 | 13.41 | 14.62 | 13.3 | 14.48 | 12,522,500 | 14.48 |
| 3/2/2012 | 14.99 | 15.91 | 14.6 | 14.69 | 31,588,600 | 14.69 |
| 3/5/2012 | 14.34 | 14.38 | 13.65 | 13.97 | 12,499,500 | 13.97 |
| 3/6/2012 | 13.49 | 14.08 | 13.19 | 14.06 | 8,397,700 | 14.06 |
| 3/7/2012 | 14.4 | 14.47 | 13.65 | 13.77 | 6,224,900 | 13.77 |
| 3/8/2012 | 14 | 14 | 13.5 | 13.67 | 3,809,800 | 13.67 |
| 3/9/2012 | 13.8 | 14.04 | 13.6 | 13.89 | 4,509,300 | 13.89 |
| 3/12/2012 | 14.04 | 14.32 | 13.73 | 13.76 | 5,816,900 | 13.76 |
| 3/13/2012 | 13.95 | 13.98 | 13.12 | 13.38 | 8,423,700 | 13.38 |
| 3/14/2012 | 13.41 | 13.7 | 13.15 | 13.35 | 7,346,700 | 13.35 |
| 3/15/2012 | 13.31 | 13.34 | 12.8 | 13.06 | 6,533,700 | 13.06 |
| 3/16/2012 | 12.93 | 13.06 | 12.75 | 13.03 | 5,202,600 | 13.03 |
| 3/19/2012 | 12.91 | 13.39 | 12.8 | 13.24 | 5,436,700 | 13.24 |
| 3/20/2012 | 13.08 | 13.39 | 12.86 | 13.39 | 4,466,100 | 13.39 |
| 3/21/2012 | 13.47 | 14.48 | 13.44 | 13.72 | 19,097,000 | 13.72 |
| 3/22/2012 | 14 | 14.22 | 13.6 | 13.76 | 8,704,900 | 13.76 |
| 3/23/2012 | 13.42 | 13.52 | 12.9 | 13.4 | 10,388,700 | 13.4 |
| 3/26/2012 | 13.37 | 13.55 | 12.98 | 13.08 | 8,740,800 | 13.08 |
| 3/27/2012 | 13.02 | 13.27 | 12.82 | 13.01 | 8,309,700 | 13.01 |
| 3/28/2012 | 12.86 | 13.05 | 12.2 | 12.24 | 13,337,300 | 12.24 |
| 3/29/2012 | 12.3 | 12.9 | 12.25 | 12.84 | 34,847,200 | 12.84 |
| 3/30/2012 | 13.04 | 13.15 | 12.51 | 13.15 | 19,220,600 | 13.15 |
| 4/2/2012 | 12.99 | 13.15 | 12.7 | 12.88 | 7,856,200 | 12.88 |

**Zynga Stock Data (December 16, 2011 – July 26, 2012)**

| Date | Open | High | Low | Close | Volume | Adj Close |
|---:|---:|---:|---:|---:|---:|---:|
| 4/3/2012 | 12.86 | 12.9 | 12.19 | 12.29 | 9,749,100 | 12.29 |
| 4/4/2012 | 12.51 | 12.7 | 12.05 | 12.22 | 12,409,700 | 12.22 |
| 4/5/2012 | 12.2 | 12.2 | 11.76 | 11.91 | 8,408,200 | 11.91 |
| 4/9/2012 | 11.6 | 12.25 | 11.25 | 12 | 6,356,600 | 12 |
| 4/10/2012 | 12.14 | 12.34 | 11.35 | 11.51 | 8,901,800 | 11.51 |
| 4/11/2012 | 11.8 | 11.87 | 11.32 | 11.52 | 4,685,400 | 11.52 |
| 4/12/2012 | 11.47 | 12.15 | 11.39 | 12.13 | 7,817,600 | 12.13 |
| 4/13/2012 | 12 | 12.11 | 11.75 | 11.85 | 4,975,800 | 11.85 |
| 4/16/2012 | 11.94 | 12.07 | 10.85 | 10.95 | 11,705,800 | 10.95 |
| 4/17/2012 | 10.99 | 11 | 10.2 | 10.31 | 21,140,100 | 10.31 |
| 4/18/2012 | 10.51 | 10.59 | 9.95 | 10.04 | 15,664,300 | 10.04 |
| 4/19/2012 | 10.17 | 10.21 | 9.5 | 9.58 | 15,788,300 | 9.58 |
| 4/20/2012 | 9.75 | 9.81 | 9.15 | 9.22 | 21,584,800 | 9.22 |
| 4/23/2012 | 8.92 | 9.18 | 8.58 | 9 | 37,383,000 | 9 |
| 4/24/2012 | 9 | 9.04 | 8.14 | 8.6 | 27,843,500 | 8.6 |
| 4/25/2012 | 8.78 | 9.19 | 8.53 | 9.11 | 18,370,300 | 9.11 |
| 4/26/2012 | 9.4 | 9.5 | 9.11 | 9.42 | 25,257,200 | 9.42 |
| 4/27/2012 | 9.5 | 9.54 | 8.46 | 8.52 | 32,548,000 | 8.52 |
| 4/30/2012 | 8.71 | 8.73 | 8.2 | 8.34 | 11,399,500 | 8.34 |
| 5/1/2012 | 8 | 8.58 | 7.95 | 8.46 | 41,060,100 | 8.46 |
| 5/2/2012 | 8.52 | 9.09 | 8.48 | 8.96 | 24,789,600 | 8.96 |
| 5/3/2012 | 8.96 | 9.24 | 8.61 | 8.65 | 20,271,300 | 8.65 |
| 5/4/2012 | 8.72 | 8.76 | 8.25 | 8.33 | 15,608,300 | 8.33 |
| 5/7/2012 | 8.3 | 8.58 | 8.06 | 8.34 | 16,691,300 | 8.34 |
| 5/8/2012 | 8.4 | 8.42 | 7.58 | 7.93 | 23,827,000 | 7.93 |
| 5/9/2012 | 8 | 8.24 | 7.73 | 8 | 18,264,300 | 8 |
| 5/10/2012 | 8.2 | 8.33 | 7.75 | 7.82 | 12,348,000 | 7.82 |
| 5/11/2012 | 7.7 | 7.75 | 7.34 | 7.48 | 24,176,500 | 7.48 |
| 5/14/2012 | 7.46 | 8.14 | 7.34 | 7.95 | 23,708,000 | 7.95 |
| 5/15/2012 | 8.4 | 8.67 | 8.17 | 8.56 | 34,136,200 | 8.56 |
| 5/16/2012 | 8.79 | 8.88 | 7.92 | 8.22 | 28,476,900 | 8.22 |
| 5/17/2012 | 8.49 | 8.5 | 8 | 8.27 | 25,431,300 | 8.27 |
| 5/18/2012 | 8.47 | 8.79 | 6.4 | 7.16 | 39,139,500 | 7.16 |
| 5/21/2012 | 6.85 | 7.39 | 6.36 | 7.09 | 30,123,800 | 7.09 |
| 5/22/2012 | 6.94 | 7.34 | 6.77 | 6.8 | 18,850,900 | 6.8 |
| 5/23/2012 | 6.92 | 7.13 | 6.75 | 7.07 | 15,300,000 | 7.07 |
| 5/24/2012 | 7.1 | 7.18 | 6.75 | 6.8 | 12,908,100 | 6.8 |

**Zynga Stock Data (December 16, 2011 – July 26, 2012)**

| Date | Open | High | Low | Close | Volume | Adj Close |
|---:|---:|---:|---:|---:|---:|---:|
| 5/25/2012 | 6.75 | 6.79 | 6.47 | 6.61 | 14,986,400 | 6.61 |
| 5/29/2012 | 6.41 | 6.52 | 5.98 | 6.09 | 48,237,500 | 6.09 |
| 5/30/2012 | 5.95 | 6.2 | 5.81 | 5.87 | 33,404,900 | 5.87 |
| 5/31/2012 | 6.04 | 6.26 | 5.9 | 6.26 | 35,111,900 | 6.26 |
| 6/1/2012 | 6.06 | 6.16 | 5.96 | 6.01 | 19,285,000 | 6.01 |
| 6/4/2012 | 5.98 | 6.05 | 5.65 | 5.71 | 21,084,800 | 5.71 |
| 6/5/2012 | 5.64 | 5.82 | 5.51 | 5.73 | 22,562,200 | 5.73 |
| 6/6/2012 | 5.85 | 6.18 | 5.75 | 6.17 | 31,677,800 | 6.17 |
| 6/7/2012 | 6.2 | 6.36 | 5.96 | 6.03 | 26,281,600 | 6.03 |
| 6/8/2012 | 6.06 | 6.19 | 5.95 | 6.05 | 26,055,500 | 6.05 |
| 6/11/2012 | 6.1 | 6.11 | 5.52 | 5.55 | 21,587,100 | 5.55 |
| 6/12/2012 | 5.54 | 5.54 | 4.78 | 4.98 | 57,597,000 | 4.98 |
| 6/13/2012 | 5.07 | 5.24 | 4.96 | 5.05 | 21,497,200 | 5.05 |
| 6/14/2012 | 5.11 | 5.25 | 5.01 | 5.03 | 20,061,300 | 5.03 |
| 6/15/2012 | 5.1 | 5.6 | 5.05 | 5.56 | 35,735,400 | 5.56 |
| 6/18/2012 | 5.62 | 6.01 | 5.55 | 5.78 | 44,328,300 | 5.78 |
| 6/19/2012 | 5.8 | 6.09 | 5.77 | 5.97 | 27,041,100 | 5.97 |
| 6/20/2012 | 6.05 | 6.08 | 5.81 | 5.89 | 16,934,500 | 5.89 |
| 6/21/2012 | 5.95 | 6.11 | 5.64 | 5.72 | 16,534,200 | 5.72 |
| 6/22/2012 | 5.88 | 6.04 | 5.82 | 6 | 21,762,000 | 6 |
| 6/25/2012 | 6 | 6.16 | 5.86 | 6.07 | 24,690,900 | 6.07 |
| 6/26/2012 | 6.2 | 6.35 | 5.61 | 5.77 | 59,844,700 | 5.77 |
| 6/27/2012 | 5.8 | 5.88 | 5.35 | 5.63 | 36,367,700 | 5.63 |
| 6/28/2012 | 5.61 | 5.69 | 5.26 | 5.38 | 17,034,500 | 5.38 |
| 6/29/2012 | 5.56 | 5.58 | 5.38 | 5.44 | 12,678,900 | 5.44 |
| 7/2/2012 | 5.45 | 5.59 | 5.42 | 5.57 | 10,743,200 | 5.57 |
| 7/3/2012 | 5.61 | 5.61 | 5.32 | 5.4 | 9,615,500 | 5.4 |
| 7/5/2012 | 5.4 | 5.48 | 5.28 | 5.44 | 10,784,400 | 5.44 |
| 7/6/2012 | 5.33 | 5.39 | 5.14 | 5.36 | 14,322,800 | 5.36 |
| 7/9/2012 | 5.31 | 5.36 | 5.2 | 5.24 | 9,246,400 | 5.24 |
| 7/10/2012 | 5.27 | 5.3 | 4.96 | 5.01 | 19,509,800 | 5.01 |
| 7/11/2012 | 5.05 | 5.17 | 4.9 | 4.95 | 15,573,100 | 4.95 |
| 7/12/2012 | 4.89 | 5.05 | 4.78 | 5.02 | 14,845,100 | 5.02 |
| 7/13/2012 | 5 | 5.09 | 4.87 | 4.9 | 9,902,800 | 4.9 |
| 7/16/2012 | 4.89 | 4.95 | 4.8 | 4.83 | 7,172,000 | 4.83 |
| 7/17/2012 | 4.85 | 4.85 | 4.45 | 4.58 | 27,623,900 | 4.58 |
| 7/18/2012 | 4.71 | 4.93 | 4.54 | 4.61 | 17,638,700 | 4.61 |

**Zynga Stock Data (December 16, 2011 – July 26, 2012)**

| Date | Open | High | Low | Close | Volume | Adj Close |
|---:|---:|---:|---:|---:|---:|---:|
| 7/19/2012 | 4.62 | 4.66 | 4.55 | 4.56 | 9,879,000 | 4.56 |
| 7/20/2012 | 4.56 | 4.89 | 4.47 | 4.8 | 20,854,700 | 4.8 |
| 7/23/2012 | 4.83 | 5.17 | 4.72 | 5.09 | 28,777,200 | 5.09 |
| 7/24/2012 | 5.06 | 5.25 | 4.88 | 4.92 | 25,044,500 | 4.92 |
| 7/25/2012 | 4.96 | 5.19 | 4.88 | 5.08 | 50,098,700 | 5.08 |
| 7/26/2012 | 3.06 | 3.22 | 2.97 | 3.18 | 99,770,800 | 3.18 |