# Exhibit 33

**ZNGA US $ ↑ 3.23**
At 20:10 d  Vol 9,223,062  O 3.21Q  H 3.24D  L 3.18K  Val 29.557M

| ZNGA US Equity | | 96) Export to Excel | | 98) Opt-in | | Historical Price |
|---|---|---|---|---|---|---|

Zynga Inc

| Range | 03/30/2012 – 04/30/2012 | Period | Daily | Hi | 198.2104 | 04/30/ |
| Market | Equity Float / Last Price | Currency | USD | Lo | 132.6803 | 04/11/ |
| | Dense (HP) | | | Avg | 135.9933 | 10.69 |
| | | | | Net Chg | 65.4643 | 49.1 |

| Date | Equity Float | Last Price | | Date | Equity Float | Last Price | Date | Equity Float | Last Price |
|---|---|---|---|---|---|---|---|---|---|
| 05/04/1 | | | F | 04/13/1 | 133.0026 | 11.85 | | | |
| 05/03/1 | | | T | 04/12/1 | 133.0026 | 12.13 | | | |
| 05/02/1 | | | W | 04/11/1 | 132.6803 | 11.52 | | | |
| 05/01/1 | | | T | 04/10/1 | 132.6813 | 11.51 | | | |
| 04/30/1 | 198.2104 | 8.335 | M | 04/09/1 | 132.7461 | 12.00 | | | |
| 04/27/1 | 132.9711 | 8.52 | F | 04/06/1 | | | | | |
| 04/26/1 | 132.9711 | 9.42 | T | 04/05/1 | 132.7461 | 11.91 | | | |
| 04/25/1 | 132.9711 | 9.11 | W | 04/04/1 | 132.7461 | 12.22 | | | |
| 04/24/1 | 132.9711 | 8.60 | T | 04/03/1 | 132.7461 | 12.29 | | | |
| 04/23/1 | 132.9711 | 9.00 | M | 04/02/1 | 132.7461 | 12.88 | | | |
| 04/20/1 | 132.9711 | 9.22 | F | 03/30/1 | 132.7461 | 13.15 | | | |
| 04/19/1 | 132.9711 | 9.575 | | | | | | | |
| 04/18/1 | 133.0026 | 10.04 | | | | | | | |
| 04/17/1 | 133.0026 | 10.31 | | | | | | | |
| 04/16/1 | 133.0026 | 10.945 | | | | | | | |