1  JORDAN ETH (Bar No. 121617)
   Email: JEth@mofo.com
2  ANNA ERICKSON WHITE (Bar No. 161385)
   Email: AWhite@mofo.com
3  KEVIN A. CALIA (Bar No. 227406)
   Email: KCalia@mofo.com
4  SAMUEL SONG (Bar No. 245007)
   Email: SSong@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone:  415.268.7000
7  Facsimile:   415.268.7522

8  Attorneys for Defendants
   ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN
9  SCHAPPERT, MARK VRANESH, WILLIAM GORDON,
   REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J.
10 MERESMAN, SUNIL PAUL, and OWEN VAN NATTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE ZYNGA INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions. | **CLASS ACTION**<br><br>Lead Case No. C 12-04007 JSW<br><br>Consolidated with Case Nos.<br>C 12-04048 JSW, C 12-04059 JSW,<br>C 12-04064 JSW, C 12-04066 JSW,<br>C 12-04133 JSW, C 12-04250 JSW<br><br>**ZYNGA DEFENDANTS' JOINDER IN UNDERWRITER DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>Hearing:    August 30, 2013<br>Time:       9:00 a.m.<br>Courtroom:  11, 19th Floor<br>Judge:      Hon. Jeffrey S. White |
|---|---|

Defendants Zynga, Inc., Mark Pincus, David M. Wehner, John Schappert, Mark Vranesh, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, and Owen Van Natta (the "Zynga Defendants") hereby join in the Underwriter Defendants' Notice of Motion and Motion to Dismiss Consolidated Complaint, supporting Memorandum of Points and Authorities, and all other supporting documents.

Dated: May 31, 2013

MORRISON & FOERSTER LLP

By: /s/ *Jordan Eth*
Jordan Eth

Attorneys for the Zynga Defendants

**ECF ATTESTATION**

I, Samuel Song, am the ECF User whose ID and Password are being used to file this:

**ZYNGA DEFENDANTS' JOINDER IN UNDERWRITER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jordan Eth has concurred in this filing.

Dated: May 31, 2013            MORRISON & FOERSTER LLP

By: /s/ *Samuel Song*
    Samuel Song