Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Nicole Lavallee (SBN 165755)
Victor S. Elias (SBN 262269)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
         cheffelfinger@bermandevalerio.com
         nlavallee@bermandevalerio.com
         velias@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone:  (212) 619-5400
Facsimile:  (212) 619-3090
Email: jnorton@nfllp.com
         rshimon@nfllp.com

Co-Lead Counsel and Attorneys for
Lead Plaintiff David Fee and Named Plaintiff Joy Arjoon-Singh

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION** |
| | Lead Case No. 12-cv-04007-JSW |
| | Consolidated with Case Nos. 12-CV-4048-JSW, 12-CV-4059-JSW, 12-CV-4064-JSW, 12-CV-4066-JSW, 12-CV-4133-JSW, 12-CV-4250-JSW |
| This Document Relates To: All Actions. | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE ONE OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** AS MODIFIED |
| | Courtroom:   11, 19th Floor<br>Judge:           Hon. Jeffrey S. White |

---

[12-cv-04007-JSW] [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ~~UNOPPOSED~~ MOTION FOR ADMINISTRATIVE RELIEF TO FILE ONE OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

1 **ORDER**

2   Having considered the papers filed in support of Plaintiffs' Unopposed Motion for
3 Administrative Relief to File One Omnibus Memorandum in Opposition to Defendants'
4 Motions to Dismiss, and for good cause shown, **IT IS HEREBY ORDERED** that Plaintiffs
5 may file one omnibus memorandum of law in opposition to Defendants' two motions to dismiss
6 not to exceed 40 pages.

7

8   **IT IS SO ORDERED.**

9

10 DATED: July 8, 2013                              _____
11                                                  HON. JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE