Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Nicole Lavallee (SBN 165755)
Victor S. Elias (SBN 262269)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
       cheffelfinger@bermandevalerio.com
       nlavallee@bermandevalerio.com
       velias@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nfllp.com
       rshimon@nfllp.com

Co-Lead Counsel and Attorneys for
Lead Plaintiff David Fee and Named Plaintiff Joy Arjoon-Singh

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION** |
| | Lead Case No. 12-cv-04007-JSW |
| | Consolidated with Case Nos. 12-CV-4048-JSW, 12-CV-4059-JSW, 12-CV-4064-JSW, 12-CV-4066-JSW, 12-CV-4133-JSW, 12-CV-4250-JSW |
| This Document Relates To: All Actions. | |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE ONE OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** CORRECTED AND AMENDED |
| | Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

**ORDER**

Having considered the papers filed in support of Plaintiffs' Unopposed Motion for Administrative Relief to File One Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss, and for good cause shown, **IT IS HEREBY ORDERED** that Plaintiffs may file one omnibus memorandum of law in opposition to Defendants' two motions to dismiss not to exceed ~~40~~ 35 pages.

**IT IS SO ORDERED.**

DATED: July 9, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE