Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Nicole Lavallee (SBN 165755)
Victor S. Elias (SBN 262269)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
      cheffelfinger@bermandevalerio.com
      nlavallee@bermandevalerio.com
      velias@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nfllp.com
      rshimon@nfllp.com

Co-Lead Counsel and Attorneys for
Lead Plaintiff David Fee and Named Plaintiff Joy Arjoon-Singh

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions. | **CLASS ACTION**<br><br>Lead Case No. 12-cv-04007-JSW<br><br>Consolidated with Case Nos.<br>12-CV-4048-JSW, 12-CV-4059-JSW,<br>12-CV-4064-JSW, 12-CV-4066-JSW,<br>12-CV-4133-JSW, 12-CV-4250-JSW<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: August 30, 2013<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

Lead Plaintiff David Fee and Named Plaintiff Arjoon-Singh ("Plaintiffs") hereby requests that this Court take judicial notice, under Rule 201 of the Federal Rules of Evidence, of the documents described below and attached as exhibits to the Declaration of Nicole Lavallee in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss ("Lavallee Declaration" or "Lavallee Decl."), filed concurrently herewith, for the reasons set forth below.

## I. LEGAL STANDARDS

While courts ordinarily cannot consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion, "[t]here are, . . . two exceptions to the requirement that consideration of extrinsic evidence converts a 12(b)(6) motion to a summary judgment motion." *Lee v. City of Los Angeles,* 250 F.3d 668, 688 (9th Cir. 2001). First, the Court may take judicial notice of matters of public record to the extent permitted by Fed. R. Evid. 201. *Id*. at 688-89. Rule 201 provides that courts may take judicial notice of documents that are: (a) generally known within the territorial jurisdiction of the trial court, or (b) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Second, courts may consider documents that are either submitted as part of the complaint or that are relied on in a complaint *and* whose authenticity is not contested. *Lee*, 250 F.3d at 688.

### A. The Court May Take Judicial Notice of Publicly-Available Stock Data

Courts may take judicial notice of stock price data that is "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). *See also S.E.C. v. Mozilo*, 09 U.S. Dist. LEXIS 104689, at *20 n.2 (C.D. Cal. Nov. 3, 2009) (granting request that court take judicial notice of "stock price data"). Plaintiffs request that the Court take judicial notice of the following data, which is attached as Exhibit 3 to the Lavallee Declaration. Plaintiffs request that judicial notice be taken only of the fact that, as of the date Plaintiffs have filed their Compendium Memorandum in Opposition to Motions to Dismiss ("Pls.' Memo."), the Company's stock price has remained below at $4 share. Pls.' Memo. 4, 28.

1    **Exhibit 3 to Lavallee Declaration**:  Stock price data for the time period December 15, 2011 to July 12, 2013 for Zynga, Inc. ("Zynga"), obtained from Bloomberg on the July 12, 2013.

### B.    The Court May Take Judicial Notice of SEC Filings

Additionally, courts may take judicial notice of the fact that certain statements appeared in documents filed with the Securities and Exchange Commission ("SEC"), but not for the truth of a document's contents.  *See Batwin v. Occam Networks, Inc*., 2008 U.S. Dist. LEXIS 52365, at *5 n.3 (C.D. Cal. July 1, 2008) ("The Court takes judicial notice of the content of all SEC filings provided to the Court . . . .  However, the Court does not take judicial notice of the truth of the content of these filings."); *see also Kramer v. Time Warner, Inc*., 937 F.2d 767, 774 (2d Cir. 1999) ("[A] district court may take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC as facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." (quoting Fed. R. Evid. 201(b)(2)) (internal quotation marks omitted)).

Accordingly, Plaintiffs request the Court take judicial notice of the following documents, filed with the SEC, not for the truth of the matters asserted but simply to show that Zynga made certain statements.

With respect to Exhibit 1 and 2, Plaintiffs request that judicial notice be taken only of the discreet facts that (1) Zynga has stated that it has made a massive series of lay-offs, and (2) that Zynga announced that Mark Pincus will step down as Chief Executive Officer of the Company.  *See* Pls.' Memo. 4.

With respect to Exhibits 4 and 5, Plaintiffs request that the Court take such notice only of the discreet fact that Zynga represented that its games *Farmville, Cityville*, and *Zynga Poker* were its top revenue-generating games.  Pls.' Memo. 6.  Finally, regarding Exhibit 6, Plaintiffs request that notice be take only of the fact that Zynga represented that the Secondary Offering allowed only select executives and insiders to sell before the Company's other employees, whose shares remained locked-up, were able to.  *Id*. at 18.

1      **Exhibit 1 to Lavallee Declaration**: Zynga's June 3, 2013 Current Report on Form 8-
2  K, with attached June 3, 2013 press release issued by Zynga, filed with the SEC on June 4,
3  2013, reporting on a Zynga press release indicating workforce reductions of approximately 520
4  employees.

5      **Exhibit 2 to Lavallee Declaration**: Zynga's June 27, 2013 Current Report on Form 8-
6  K, filed with the SEC on July 3, 2013, reporting that Zynga's Board of Directors appointed
7  Don A. Mattrick to serve as Chief Executive Officer of the Company, and that Mark Pincus
8  would no longer serve as CEO of the Company.

9      **Exhibit 4 to Lavallee Declaration**:  Relevant excerpts of Zynga's Annual Report for
10 the fiscal year ended December 31, 2011 on Form 10-K, filed with the SEC on February 28,
11 2012.

12     **Exhibit 5 to Lavallee Declaration**:  Relevant excerpts of Zynga's Annual Report for
13 the fiscal year ended December 31, 2012 on Form 10-K, filed with the SEC on February 25,
14 2013.

15     **Exhibit 6 to Lavallee Declaration**:  Relevant excerpts of Zynga's Prospectus on Form
16 424B4, filed with the SEC on March 29, 2012, which is cited in the Consolidated Complaint.
17 *See*, *e.g.*, ¶¶3, 17.
18 //
19 //
20 //

## II. CONCLUSION

Under the foregoing authorities, Plaintiffs respectfully request that this Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the documents attached to the concurrently-filed Lavallee Declaration for the limited purposes set forth herein.

DATED: July 12, 2013          **BERMAN DEVALERIO**

By:   */s/ Nicole Lavallee*
        Nicole Lavallee

Joseph J. Tabacco, Jr.
Nicole Lavallee
Christopher T. Heffelfinger
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalario.com
      cheffelfinger@bermandevalario.com
      nlavallee@bermandevalario.com
      velias@bermandevalario.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nfllp.com
      rshimon@nfllp.com

*Co-Lead Counsel and Attorneys for Lead Plaintiff David Fee and Named Plaintiff Joy Arjoon-Singh*