JORDAN ETH (Bar No. 121617)
Email: JEth@mofo.com
ANNA ERICKSON WHITE (Bar No. 161385)
Email: AWhite@mofo.com
KEVIN A. CALIA (Bar No. 227406)
Email: KCalia@mofo.com
SAMUEL SONG (Bar No. 245007)
Email: SSong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION**<br><br>Lead Case No. C 12-04007 JSW<br><br>Consolidated with Case Nos.<br>C 12-04048 JSW, C 12-04059 JSW,<br>C 12-04064 JSW, C 12-04066 JSW,<br>C 12-04133 JSW, C 12-04250 JSW |
| This Document Relates To:<br>All Actions. | **ZYNGA DEFENDANTS' JOINDER IN REPLY BRIEF IN FURTHER SUPPORT OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>Hearing: August 30, 2013<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

1     Defendants Zynga Inc., Mark Pincus, David M. Wehner, John Schappert, Mark Vranesh, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, and Owen Van Natta (the "Zynga Defendants") hereby join in the Reply Brief in Further Support of Underwriter Defendants' Motion to Dismiss Consolidated Complaint.

Dated: August 9, 2013        MORRISON & FOERSTER LLP

                                        By:   /s/ *Jordan Eth*
                                                 Jordan Eth

                                        Attorneys for the Zynga Defendants

ZYNGA DEFENDANTS' JOINDER IN REPLY BRIEF IN FURTHER SUPPORT OF UNDERWRITER DEFENDANTS' MTD
Case No. C 12-04007 JSW
sf-3318035

1

**ECF ATTESTATION**

I, Samuel Song, am the ECF User whose ID and Password are being used to file this:

**ZYNGA DEFENDANTS' JOINDER IN REPLY BRIEF IN FURTHER SUPPORT OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jordan Eth has concurred in this filing.

Dated: August 9, 2013                MORRISON & FOERSTER LLP

                                     By: /s/ *Samuel Song*
                                          Samuel Song