IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ZYNGA INC. SECURITIES LITIGATION | No. C 12-04007 JSW |
| This Document Relates To:<br>ALL ACTIONS. | **ORDER VACATING HEARING ON MOTIONS TO DISMISS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to dismiss which have been noticed for hearing on Friday, September 27, 2013 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated:   September 23, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE