Joseph J. Tabacco, Jr. (SBN 75484)
Nicole Lavallee (SBN 165755)
Victor Elias (SBN 262269)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
       nlavallee@bermandevalerio.com
       velias@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nfllp.com
       rshimon@nfllp.com

Co-Lead Counsel and Attorneys for
Lead Plaintiff David Fee and Named Plaintiff Joy Arjoon-Singh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION** |
| | Lead Case No. 12-cv-04007-JSW |
| | Consolidated with Case Nos. |
| | 12-CV-4048-JSW |
| | 12-CV-4059-JSW |
| This Document Relates To: | 12-CV-4064-JSW |
| All Actions. | 12-CV-4066-JSW |
| | 12-CV-4133-JSW |
| | 12-CV-4250-JSW |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR AMENDED COMPLAINT AND MOTIONS TO DISMISS** |

[12-cv-04007-JSW] STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR AMENDED COMPLAINT AND MOTIONS TO DISMISS

Lead Plaintiff David Fee and Plaintiff Joy Arjoon-Singh's ("Plaintiffs"); defendants Zynga Inc., Mark Pincus, David M. Wehner, John Schappert, Mark Vranesh, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, and Owen Van Natta (the "Zynga Defendants"); and defendants Morgan Stanley & Co., LLC, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., and Allen & Company LLC (the "Underwriter Defendants") (the Zynga Defendants and the Underwriter Defendants are collectively referred to as "Defendants"), by and through their respective undersigned counsel, hereby stipulate, subject to Court approval, as follows, concerning the schedule for Plaintiffs' Amended Complaint and Defendants' Motions to Dismiss.

## RECITALS

WHEREAS, on February 25, 2014, the Court granted Defendants' Motions to Dismiss Plaintiffs' Consolidated Complaint with leave to amend (ECF No. 152);

WHEREAS, pursuant to the February 25, 2014 Order, Plaintiffs' Amended Complaint is currently due no later than 21 days from the Order (Tuesday, March 18, 2014) and Defendants' response is due no later than 21 days thereafter (Tuesday, April 8, 2014 if the Amended Complaint is filed on Tuesday, March 18, 2014);

WHEREAS, due to counsel's previously scheduled vacations, Plaintiffs seek a short extension of these deadlines that would result in an extra 13 days for Plaintiffs to file the Amended Complaint;

WHEREAS, Defendants are amenable to Plaintiffs' request, subject to receiving an extra 11 days to file their response;

WHEREAS, the parties, through their undersigned counsel, have conferred and respectfully request that the schedule for the Amended Complaint and briefing on

Defendants' Motions to Dismiss be extended as set forth below.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval and for good cause shown, as follows:

- The Amended Complaint shall be filed no later than Monday, March 31, 2014;
- Defendants' Motions to Dismiss shall be filed no later than Friday, May 2, 2014;
- Plaintiffs' Opposition to the Motions to Dismiss shall be filed no later than Wednesday, June 4, 2014;
- Defendants' Reply briefs on the Motions to Dismiss shall be filed no later than Thursday, June 26, 2014.

**IT IS SO STIPULATED.**

DATED:  March 6, 2014 **BERMAN DEVALERIO**

By: */s/ Nicole Lavalle*
    Nicole Lavallee

Joseph J. Tabacco, Jr.
Victor Elias
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalario.com
       nlavallee@bermandevalario.com
       velias@bermandevalario.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
Roy Shimon (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone:  (212) 619-5400
Facsimile:  (212) 619-3090
Email: jnorton@nfllp.com
       rshimon@nfllp.com

*Co-Lead Counsel and Attorneys for Lead Plaintiff David Fee and Named Plaintiff Joy Arjoon-Singh*

|     |     |     |
| --- | --- | --- |
| 1   | DATED: March 6, 2014 | **MORRISON & FOERSTER LLP** |
| 2   |     |     |
|     |     | By: */s/ Anna Erickson White* |
| 3   |     |     Anna Erickson White |
| 4   |     | Jordan Eth |
|     |     | Anna Erickson White |
| 5   |     | Philip T. Besirof |
|     |     | Mark R.S. Foster |
| 6   |     | 425 Market Street |
|     |     | San Francisco, California 94105-2482 |
| 7   |     | Telephone: 415.268.7000 |
|     |     | Facsimile: 415.268.7522 |
| 8   |     |     |
|     |     | *Attorneys for Defendants Zynga Inc., Mark Pincus,* |
| 9   |     | *David M. Wehner, John Schappert, Mark Vranesh,* |
|     |     | *William Gordon, Reid Hoffman, Jeffrey Katzenberg,* |
| 10  |     | *Stanley J. Meresman, Sunil Paul, and Owen Van* |
|     |     | *Natta* |
| 11  |     |     |
| 12  | DATED: March __, 2014 | **SIMPSON THACHER & BARTLETT LLP** |
| 13  |     |     |
|     |     | By: _____ |
| 14  |     |     Simona G. Strauss |
| 15  |     | 2475 Hanover Street |
|     |     | Palo Alto, CA 94304 |
| 16  |     | Telephone: (650) 251-5000 |
|     |     | Facsimile: (650) 251-5002 |
| 17  |     | Email: sstrauss@stblaw.com |
| 18  |     | Bruce Angiolillo |
|     |     | **SIMPSON THACHER & BARTLETT LLP** |
| 19  |     | 425 Lexington Avenue |
|     |     | New York, NY 10017-3954 |
| 20  |     | Telephone: (212) 455-2000 |
|     |     | Facsimile: (212) 455-2502 |
| 21  |     | Email: bangiolillo@stblaw.com |
| 22  |     | *Attorneys for Defendants Morgan Stanley & Co.,* |
|     |     | *LLC, Goldman, Sachs & Co., J.P. Morgan* |
| 23  |     | *Securities LLC, Merrill Lynch, Pierce, Fenner &* |
|     |     | *Smith Incorporated, Barclays Capital Inc., and* |
| 24  |     | *Allen & Company LLC* |

| | | |
|---|---|---|
| 1 | DATED: March __, 2014 | **MORRISON & FOERSTER LLP** |
| 2 | | By: _____ |
| 3 | | Anna Erickson White |

Jordan Eth
Anna Erickson White
Philip T. Besirof
Mark R.S. Foster
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants Zynga Inc., Mark Pincus, David M. Wehner, John Schappert, Mark Vranesh, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, and Owen Van Natta*

DATED: March 6, 2014    **SIMPSON THACHER & BARTLETT LLP**

By: _/s/ Simona Strauss_
    Simona G. Strauss

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: sstrauss@stblaw.com

Bruce Angiolillo
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: bangiolillo@stblaw.com

*Attorneys for Defendants Morgan Stanley & Co., LLC, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., and Allen & Company LLC*

# ORDER

Pursuant to the stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED that:**

- The Amended Complaint shall be filed no later than Monday, March 31, 2014;
- Defendants' Motions to Dismiss shall be filed no later than Friday, May 2, 2014;
- Plaintiffs' Opposition to the Motions to Dismiss shall be filed no later than Wednesday, June 4, 2014;
- Defendants' Reply briefs on the Motions to Dismiss shall be filed no later than Thursday, June 26, 2014.

**PURSUANT TO STIPULATON, IT IS SO ORDERED.**

DATED: March 10, 2014

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE