JORDAN ETH (Bar No. 121617)
Email: JEth@mofo.com
ANNA ERICKSON WHITE (Bar No. 161385)
Email: AWhite@mofo.com
KEVIN A. CALIA (Bar No. 227406)
Email: KCalia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, and
JOHN SCHAPPERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION**<br><br>Lead Case No. C 12-04007-JSW<br><br>Consolidated with Case Nos.<br>C 12-04048 JSW, C 12-04059 JSW,<br>C 12-04064 JSW, C 12-04066 JSW,<br>C 12-04133 JSW, C 12-04250 JSW |
| This Document Relates To:<br>All Actions. | **DECLARATION OF KEVIN A. CALIA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing: July 25, 2014<br>Time: 9:00 a.m.<br>Courtroom: 5, 2nd Floor<br>Judge: Hon. Jeffrey S. White |

I, KEVIN A. CALIA, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record in this action for Defendants Zynga Inc. ("Zynga" or the "Company"), Mark Pincus, David M. Wehner, and John Schappert (collectively, the "Individual Defendants," and together with Zynga "Defendants"). I submit this Declaration in support of the Defendants' Motion to Dismiss Plaintiff's First Amended Complaint filed on May 2, 2014. I make this Declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

My Declaration authenticates 18 exhibits, which are listed below and organized into the following categories: (1) documents Zynga filed with the United States Securities and Exchange Commission (the "SEC"); (2) press releases issued by Zynga that are referenced in the First Amended Complaint (the "Amended Complaint"); (3) transcripts of conference calls that are referenced in the Amended Complaint; and (4) forms that Zynga filed with the SEC showing the Individual Defendants' transactions in Zynga securities. In addition, this Declaration summarizes information regarding the Individual Defendants' holdings and sales of Zynga stock reported in SEC filings. It also summarizes the procedures and documents used to create Appendix A attached to the Defendants' Motion to Dismiss.

**I. ZYNGA'S SEC FILINGS**

1. Attached as **Exhibit 1** to this Declaration is an excerpt from a true and correct copy of Zynga's Prospectus for its initial public offering, on Form 424B4, as filed with the SEC on December 16, 2011. The Amended Complaint references or relies on this document in paragraphs 41 and 45–47.

2. Attached as **Exhibit 2** to this Declaration is an excerpt from a true and correct copy of Zynga's annual report for the fiscal year ended December 31, 2011, on Form 10-K, as filed with the SEC on February 28, 2012. The Amended Complaint references or relies on this document in paragraphs 49 and 99.

3. Attached as **Exhibit 3** to this Declaration is an excerpt from a true and correct copy of Zynga's Form S-1 Registration Statement, as filed with the SEC on March 14, 2012. The Amended Complaint references or relies on this document in paragraphs 7, 64, 101, and 132.

4. Attached as **Exhibit 4** to this Declaration is an excerpt from a true and correct copy of Zynga's amended Form S-1 Registration Statement, as filed with the SEC on March 23, 2012. The Amended Complaint references or relies on this document in paragraphs 7, 65, 101, and 132.

5. Attached as **Exhibit 5** to this Declaration is an excerpt from a true and correct copy of Zynga's Prospectus, on Form 424B4, as filed with the SEC on March 29, 2012. The Amended Complaint references or relies on this document in paragraphs 45–47, 51, and 101.

6. Attached as **Exhibit 6** to this Declaration is an excerpt from a true and correct copy of Zynga's quarterly report for the period ended March 31, 2012, on Form 10-Q, as filed with the SEC on May 8, 2012. The Amended Complaint references or relies on this document in paragraphs 109 and 113.

7. Attached as **Exhibit 7** to this Declaration is an excerpt from a true and correct copy of Zynga's quarterly report for the period ended June 30, 2012, on Form 10-Q, as filed with the SEC on July 30, 2012. The Amended Complaint references or relies on this document in paragraph 149 n.6.

8. Attached as **Exhibit 8** to this Declaration is an excerpt from a true and correct copy of Zynga's annual report for the fiscal year ended December 31, 2012, on Form 10-K, as filed with the SEC on February 25, 2013.

## II. ZYNGA PRESS RELEASES

9. Attached as **Exhibit 9** to this Declaration is a true and correct copy of a press release issued by Zynga, entitled "Zynga Reports Fourth Quarter and Full Year 2011 Financial Results," dated February 14, 2012. The Amended Complaint references or relies on this document in paragraphs 20, 89, and 96.

10. Attached as **Exhibit 10** to this Declaration is a true and correct copy of a press release issued by Zynga, entitled "Zynga Announces Closing of Secondary Offering," dated April

3, 2012. The Amended Complaint references or relies on this document in paragraphs 8, 66, and 133.

11. Attached as **Exhibit 11** to this Declaration is a true and correct copy of a press release issued by Zynga, entitled "Zynga Reports First Quarter 2012 Financial Results," dated April 26, 2012. The Amended Complaint references or relies on this document in paragraphs 20, 104–05, and 115.

12. Attached as **Exhibit 12** to this Declaration is a true and correct copy of a press release issued by Zynga, entitled "Zynga Reports Second Quarter 2012 Financial Results," dated July 25, 2012. The Amended Complaint references or relies on this document in paragraphs 10, 22, 149, and 155.

## III. TRANSCRIPTS OF ZYNGA INVESTOR COMMUNICATIONS

13. Attached as **Exhibit 13** to this Declaration is a true and correct copy of a transcript entitled "Q4 2011 Earnings Call" from Bloomberg, dated February 14, 2012. The Amended Complaint references or relies on this document in paragraphs 49, 90–91, and 93–94.

14. Attached as **Exhibit 14** to this Declaration is a true and correct copy of a transcript entitled "Q1 2012 Earnings Call" from Bloomberg, dated April 26, 2012. The Amended Complaint references or relies on this document in paragraphs 58, 106-108, 111, and 116–17.

15. Attached as **Exhibit 15** to this Declaration is a true and correct copy of a transcript entitled "J.P. Morgan Global Technology, Media and Telecom Conference" from Bloomberg, dated May 16, 2012. The Amended Complaint references or relies on this document in paragraphs 55, 119–20, and 122.

## IV. INDIVIDUAL DEFENDANTS' SECTION 16 FILINGS

16. Attached as **Exhibit 16** to this Declaration are true and correct copies of a Form 3 filed with the SEC by Mark Pincus on December 15, 2011, and a Form 4 filed with the SEC by Mark Pincus on April 4, 2012. The Amended Complaint references or relies on information from these documents in paragraph 134 and Exhibit 2.

17. Attached as **Exhibit 17** to this Declaration are true and correct copies of Form 4s filed with the SEC by David Wehner on December 16, 2011, February 6, 2012, April 3, 2012,

May 4, 2012, and July 3, 2012. The Amended Complaint references or relies on information from these documents in paragraphs 8, 134, 136, and Exhibit 2.

18. Attached as **Exhibit 18** to this Declaration are true and correct copies of Form 4s filed with the SEC by John Schappert on March 19, 2012, and April 4, 2012. The Amended Complaint references or relies on information from these documents in paragraphs 8, 134, 136, and Exhibit 2.

## V. INDIVIDUAL DEFENDANTS' HOLDINGS AND SALES OF ZYNGA STOCK

19. The following summarizes information regarding the Individual Defendants' holdings and sales of Zynga stock reported in SEC filings.

### A. Methodology for Calculations

20. **Holdings at the Time of the Secondary Offering:** To calculate the Individual Defendants' holdings of Zynga stock at the time of the Secondary Offering, which was completed on April 3, 2012, an attorney under my supervision used the following procedure. The Individual Defendants' Forms 3 and 4 and Zynga's March 29, 2012 Prospectus were reviewed. (Exs. 5, 16–18.) The Forms 3 and 4 describe the number of Zynga shares or derivative securities owned by the Individual Defendants and transactions in Zynga holdings. The Forms 3 and 4 and the March 29, 2012 Prospectus describe the vesting schedules for options the Individual Defendants were granted and the number of vested options. Accordingly, to calculate each Individual Defendant's beneficial holdings at the time of the Secondary Offering: (a) the number of shares listed in the Form 4s as being sold in the Secondary Offering on April 3, 2012, were added to (b) the number of shares owned following the reported transactions, which were added to (c) options that had vested as of April 3, 2012.

21. **Sales in the Secondary Offering as a Percentage of Holdings:** To determine the percentage of the holdings that each Individual Defendant sold in the Secondary Offering, an attorney under my supervision used the following procedure: (a) the number of shares sold by each Individual Defendant in the Secondary Offering was divided by (b) his holdings at the time of the Secondary Offering.

**B. Holdings and Sales for Each Individual Defendant**

22. Mark Pincus

a. **Holdings at the Time of the Secondary Offering: 110,169,985 shares and vested options**. Table I of Mark Pincus's April 4, 2012 Form 4 shows that he sold 16,500,000 Class A Zynga shares on April 3, 2012. (Ex. 16.) Table II shows that after the transaction Mr. Pincus owned 67,685,846 Class B Zynga shares. (Ex. 16.) Mr. Pincus's December 15, 2011 Form 3 shows that he owned 20,517,472 Class C Zynga shares which were retained throughout the Class Period. (Ex. 16.) Notes 1 and 3 to Mr. Pincus's December 15, 2011 Form 3 show that Mr. Pincus also had vested options to purchase 5,466,667 Zynga shares at the time of the Secondary Offering. (Ex. 16.) Adding together the number of shares sold in the Secondary Offering, the shares owned after the transaction, and the number of vested options, Mr. Pincus had 110,169,985 shares and vested options at the time of the Secondary Offering.

b. **Sales in the Secondary Offering as a Percentage of Holdings: 14.98%.** Dividing the 16,500,000 shares Mr. Pincus sold on April 3, 2012, by the 110,169,985 shares and vested options he owned at the time of the Secondary Offering, shows that Mr. Pincus sold 14.98% of his holdings on April 3, 2012.

23. David M. Wehner

a. **Holdings at the Time of the Secondary Offering: 581,381 shares.** Table I of Mr. Wehner's April 3, 2012 Form 4 shows that, aside from tax withholding sales, he sold 386,865 Class A Zynga shares on April 3, 2012. (Ex. 17.) Table I shows that after this sale he owned 64,783 Class A Zynga shares, and Table II shows that he owned 129,733 Class B Zynga shares. (Ex. 17.) Adding together the number of shares sold and the number owned after the transaction, Mr. Wehner had 581,381 shares at the time of the Secondary Offering.

b. **Sales in the Secondary Offering as a Percentage of Holdings: 66.54%.** Dividing the 386,865 shares sold on April 3, 2012, by the 581,381 shares owned at the time of the transaction shows that Mr. Wehner sold 66.54% of his holdings on April 3, 2012.

24. **John Schappert**

a. **Holdings at the Time of the Secondary Offering: 385,486 shares.** Table I of John Schappert's April 4, 2012 Form 4 shows that he sold 322,350 Zynga shares on April 3, 2012. (Ex. 18.) Table I shows that after the April 3, 2012 sale Mr. Schappert owned 63,136 Class A Zynga shares. (Ex. 18.) Adding together the number of shares sold and the number owned after the transaction, Mr. Schappert had 385,486 shares at the time of the Secondary Offering.

b. **Sales in the Secondary Offering as a Percentage of Holdings: 83.62%.** Dividing the 322,350 shares Mr. Schappert sold on April 3, 2012, by the 385,486 shares he owned at the time of the transaction shows that Mr. Schappert sold 83.62% of his holdings on April 3, 2012.

## VI. TAX WITHHOLDING SALES

25. The Form 4s show that before and during the Class Period some of the Individual Defendants sold Zynga securities for tax withholding purposes. Note (2) of the relevant Form 4s indicates when a transaction involved shares sold for tax withholding purposes. The following table summarizes the Form 4s that contain tax withholding sales:

| Date | Name | Shares | Price | Amount | Source |
|---|---|---|---|---|---|
| 12/15/11 | David Wehner | 355,672 | $10 | $3,556,720 | Ex. 17. |
| 2/2/12 | David Wehner | 65,230 | $12.385 | $807,874 | Ex. 17. |
| 4/2/12 | David Wehner | 60,217 | $12.7728 | $769,140 | Ex. 17. |
| 5/2/12 | David Wehner | 58,889 | $8.7895 | $517,605 | Ex. 17. |
| 7/2/12 | David Wehner | 11,385 | $5.51 | $62,731 | Ex. 17 |
| 3/16/12 | John Schappert | 330,846 | $12.9504 | $4,284,588 | Ex. 18 |

## VII. APPENDIX TO DEFENDANTS' MOTION TO DISMISS

26. Attached as Appendix A to Defendants' Motion to Dismiss is a bar graph comparing Zynga's Original Lock-Up Release and Staggered Lock-Up Release. This graph was created under my supervision using Microsoft Excel and data from publicly available documents (Ex. 2 at 23; Ex. 5 at 29, 125.) Exhibit 2 at 23 notes that when the lock-up provision from

Zynga's initial public offering expires (the "Original Release"), 687.9 million shares will be released. The red bar represents the Original Release. Exhibit 5 at 29 and 125 lists Zynga's amended lock-up expiration dates, now spread over five dates for different types of shareholders (the "Staggered Release"). The blue bars represent the Staggered Release.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California, on this 2nd day of May, 2014.

/s/ *Kevin A. Calia*

# INDEX OF EXHIBITS

## Zynga SEC Filings

| Ex. No. | Exhibit Description |
|---|---|
| 1 | Excerpts of Zynga's Prospectus filed on December 16, 2011. |
| 2 | Excerpts of Zynga's Form 10-K filed on February 28, 2012. |
| 3 | Excerpts of Zynga's Form S-1 filed on March 14, 2012. |
| 4 | Excerpts of Zynga's Form S-1/A filed on March 23, 2012. |
| 5 | Excerpts of Zynga's Prospectus filed on March 29, 2012. |
| 6 | Excerpts of Zynga's Form 10-Q filed on May 8, 2012. |
| 7 | Excerpts of Zynga's Form 10-Q filed on July 30, 2012. |
| 8 | Excerpts of Zynga's Form 10-K filed on February 25, 2013. |

## Press Releases

| Ex. No. | Exhibit Description |
|---|---|
| 9 | Zynga press release entitled "Zynga Reports Fourth Quarter and Full Year 2011 Financial Results," dated February 14, 2012. |
| 10 | Zynga press release entitled "Zynga Announces Closing of Secondary Offering," dated April 3, 2012. |
| 11 | Zynga press release entitled "Zynga Reports First Quarter 2012 Financial Results," dated April 26, 2012. |
| 12 | Zynga press release entitled "Zynga Reports Second Quarter 2012 Financial Results," dated July 25, 2012. |

## Transcripts of Zynga Investor Communications

| Ex. No. | Exhibit Description |
|---|---|
| 13 | Bloomberg, "Q4 2011 Earnings Call," dated February 14, 2012. |
| 14 | Bloomberg, "Q1 2012 Earnings Call," dated April 26, 2012. |
| 15 | Bloomberg, "J.P. Morgan Global Technology, Media and Telecom Conference," dated May 16, 2012. |

## Individual Defendant's Section 16 Filings

| Ex. No. | Exhibit Description |
|---|---|
| 16 | Form 3 filed on December 15, 2011 and Form 4 filed on April 4, 2012 by Mark Pincus. |
| 17 | Form 4s filed on December 16, 2011, February 6, 2012, April 3, 2012, May 4, 2012, and July 3, 2012 by David Wehner. |
| 18 | Form 4s filed on March 19, 2012, and April 4, 2012 by John Schappert. |