**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK H. DESTEFANO,<br><br>    Plaintiff,<br><br>v.<br><br>ZYNGA INC.,<br><br>    Defendant.<br>_____/ | No. C 12-04007 JSW<br><br>Related cases<br>No. C 12-04017 JSW<br>No. C 12-04360 JSW<br>No. C 12-04629 JSW<br>No. C 12-04833 JSW<br>No. C 12-05065 JSW |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter and all related matters are HEREBY REFERRED to Magistrate Judge Jacqueline Scott Corley for all further proceedings.

**IT IS SO ORDERED.**

Dated: June 22, 2015

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE