**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK H. DESTEFANO, | No. C 12-04007 JSW |
| Plaintiff, | |
| v. | Related cases<br>No. C 12-04330 JSW<br>No. C 12-04327 JSW |
| ZYNGA INC., | No. C 12-04547 JSW |
| Defendant. | No. C 12-04684 JSW |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, all these related matters are HEREBY REFERRED to Magistrate Judge Jacqueline Scott Corley for all further proceedings.

**IT IS SO ORDERED.**

Dated: June 24, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE