UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | Lead Case No.  12-cv-04007-JSC<br><br>Consolidated with Case Nos.<br>12-cv-04017-JSC<br>12-cv-04327-JSC<br>12-cv-04330-JSC<br>12-cv-04360-JSC<br>12-cv-04547-JSC<br>12-cv-04629-JSC<br>12-cv-04684-JSC<br>12-cv-04833-JSC<br>12-cv-05065-JSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

These consolidated actions have been reassigned for all purposes to the undersigned magistrate judge. In light of the parties' impending mediation in early August, the Court schedules a case management conference for **August 20, 2015 at 1:30 p.m.** The parties shall submit an updated joint case management conference statement seven days before the conference. If any party believes an earlier case management conference would be productive, the party shall so notify the Court in writing.

**IT IS SO ORDERED.**

Dated: June 26, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge