C. Benjamin Nutley (177431)
nutley@zenlaw.com
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
Telephone: (626) 204-4060
Facsimile: (626) 204-4061

John W. Davis (200113)
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Attorneys for The Isaacson-Weaver Family Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | Lead Case No. 12-cv-04007-JSC<br><br>Consolidated with Case Nos.<br>12-cv-4048-JSC; 12-cv-4059-JSC;<br>12-cv-4064-JSC; 12-cv-4066-JSC;<br>12-cv-4133-JSC; 12-cv-4250-JSC<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that John W. Davis hereby appears on behalf of The Isaacson-Weaver Family Trust in the above-captioned action. All pleadings and other papers served in this matter should also be directed to the attention of:

John W. Davis, Esq.
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170
E-Mail: john@johnwdavis.com

Dated: January 13, 2016          LAW OFFICE OF JOHN W. DAVIS

By: /s/ John W. Davis
John W. Davis
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

*Attorney for The Isaacson-Weaver Family Trust*