Joseph J. Tabacco, Jr. (SBN 75484)
Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282
Email: jtabacco@bermandevalerio.com
         nlavallee@bermandevalerio.com
         kmoody@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nflp.com

*Lead Counsel and Attorneys for Lead Plaintiff David Fee*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ZYGNA INC. SECURITIES LITIGATION | Lead Case No.12-cv-04007-JSC<br><br>Consolidated with Case Nos.<br>12-cv-4048-JSC; 12-cv-4059-JSC;<br>12-cv-4064-JSC; 12-cv-4066-JSC;<br>12-cv-4133-JSC; 12-cv-4250-JSC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE CONCERNING SETTLEMENT**<br><br>Ctrm:  F, 15th Floor<br>Judge: Hon. Magistrate Judge<br>           Jacqueline Scott Corley |

1          Lead Plaintiff David Fee ("Lead Plaintiff") and Defendants Zynga Inc. ("Zynga" or the
2 "Company"), Mark Pincus, David M. Wehner and John Schappert (collectively "Defendants"),
3 by and through their undersigned attorneys, submit this Stipulation seeking modification of the
4 schedule for Settlement Class Members to submit claim forms, request exclusion from the
5 Settlement, or object to the Settlement, Plan of Allocation, or request for attorneys' fees and
6 reimbursement of litigation expenses and rescheduling the Final Approval Hearing.
7 **Lead Plaintiff states the following:**
8          On October 27, 2015, this Court granted preliminary approval of the $23 million
9 Settlement and approved the form, content and method of notice to the class ("Preliminary
10 Approval Order").  Pursuant to the Preliminary Approval Order, the deadline for Settlement
11 Class Members to submit claim forms, request exclusion from the Settlement, or object to the
12 Settlement, Plan of Allocation, or request for attorneys' fees and reimbursement of litigation
13 expenses was January 12, 2016.  The Court also set a final approval hearing for January 28,
14 2016 at 9:00 a. m.
15          The Court-appointed claims administrator, Epiq Systems, Inc. ("Epiq"), fully complied
16 with the Court-approved notice plan.  This included that on November 3, 2015, Epiq caused the
17 Summary Notice to be published in *Investor's Business Daily*.  Also on November 3, 2015 Epiq
18 mailed the Notice of Pendency of Class Action and Proposed Settlement, Final Approval
19 Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (the
20 "Notice") and the Proof of Claim and Release ("Proof of Claim") (together, the Notice and
21 Proof of Claim are referred to herein as the "Notice Packet") to known holders of Zynga
22 common stock during the Settlement Class Period as well as to 1,625 common banks, brokers
23 and other nominees (collectively "brokers").  The Notice directed such brokers who purchased
24 or otherwise acquired Zynga common stock for the beneficial interest of a person or
25 organization other than themselves to either (i) send a copy of the Notice Packet to the
26 beneficial owner of such common stock, postmarked no later than 10 days after such nominees'
27 receipt of the Notice Packet, or (ii) provide to Epiq the names and addresses of such persons no
28 later than 10 days after such nominees' receipt of the Notice Packet.

1    Most of these brokers complied with the request within or close to the deadline specified.
2    However, despite continuous efforts by Epiq to ensure timely broker-compliance, including
3    follow-up with brokers, certain brokers did not comply until within one month of or closer to the
4    January 12, 2016 deadline.  Epiq thereafter mailed Notice Packets to these names and addresses soon
5    after they were received.  Lead Counsel have generally observed an increase in such instances of
6    brokers' failure to comply in a timely manner in securities class action settlements.

7    Specifically, here, Barclays Capital did not provide Epiq with its list of 1,200 names and
8    addresses until December 17, 2015.  Thereafter, on December 23, 2015, Epiq mailed Notice
9    Packets to these names and addresses.  Further, Wells Fargo Securities did not provide Epiq
10   with its list of 96 names and addresses until December 18, 2015.  Thereafter, on December 24,
11   2015, Epiq mailed Notice Packets to these names and addresses.  Additionally, Scottrade did
12   not provide Epiq with its list of 32,732 names and addresses until December 28, 2015.
13   Thereafter, on December 31, 2015, Epiq mailed Notice Packets to these names and addresses.
14   Further, Charles Schwab did not provide Epiq with its list of 24,009 names and addresses until
15   December 28, 2015.  Thereafter, on January 5, 2016, Epiq mailed Notice Packets to these names
16   and addresses.

17   Lead Counsel was alerted by Epiq to these broker delays early in January and Lead
18   Counsel discussed this with Epiq and received confirmation from Epiq that it did not anticipate
19   receiving any additional large lists from brokers and that it had received names and addresses
20   from the largest and most common brokers.

21   Thereafter, however, Epiq received a list of 4 names and addresses from National
22   Financial on January 6, 2016.  On January 11, 2016, Epiq mailed Notice Packets to these names
23   and addresses.  Further, although Fidelity sent Epiq a list of 31,875 names and addresses on
24   November 30, 2015 (and Epiq mailed Notice Packets to these names and addresses on
25   December 4, 2015), Fidelity sent a supplement list of 3,701 names and addresses, received by
26   Epiq on January 8, 2016.  Thereafter, on January 12, 2016, Epiq mailed Notice Packets to these
27   names and addresses.

28

[LEAD CASE NO. 12-CV-04007-JSC] STIPULATION AND [PROPOSED] ORDER MODIFYING THE
SCHEDULE CONCERNING SETTLEMENT                                                                                                     2

1    Thus, as a result of these events, certain Settlement Class Members may not have
2 received their Notice Packets with sufficient time to respond.
3 **Lead Plaintiff's and Defendants' Stipulation:**
4    Lead Counsel and Defendants have met and conferred regarding the above delay.  As
5 such, Lead Plaintiff and Defendants request (1) an extension of the deadline for Settlement
6 Class Members who were impacted by this delay to submit a claim, request exclusion or object;
7 (2) an extension of the deadline for Lead Plaintiff's reply brief and response to objections and
8 proof of notice compliance; and (3) that the Final Approval Hearing be rescheduled.
9 Additionally, Lead Counsel would have the settlement website home page updated to
10 prominently inform all visitors of the new date for the Final Approval Hearing and that, as to
11 Settlement Class Members affected by the delay, the claim submission, request for exclusion
12 and objection deadlines have been extended.  Lead Plaintiff and Defendants propose the
13 following deadlines:

| ACTION | DEADLINE |
|---|---|
| Deadline to submit request for exclusion or objection for Settlement Class Members impacted by delay | January 29, 2016 |
| Lead Plaintiffs' reply brief in support of final approval and response to any objections and proof of notice compliance | February 8, 2016 |
| Final Approval Hearing | February 11, 2016, at 9:00 a.m. |
| Deadline to submit Proof of Claim for Settlement Class Members impacted by delay | March 11, 2016 |
| Update to settlement website to reflect revised deadlines and Final Approval Hearing date | Upon Order of the Court |

1  DATED:  January 14, 2016               Respectfully submitted,

2                                         **BERMAN DEVALERIO**

3

4                                         By:   */s/ Nicole Lavallee*
                                                Nicole Lavallee
5
                                          Joseph J. Tabacco, Jr.
6                                         Kristin J. Moody
                                          One California Street, Suite 900
7                                         San Francisco, CA  94111
                                          Telephone: (415) 433-3200
8                                         Facsimile:  (415) 433-6282
                                          Email: jtabacco@bermandevalerio.com
9                                                 nlavallee@bermandevalerio.com
                                                  kmoody@bermandevalerio.com
10
                                          Jeffrey M. Norton
11                                        **NEWMAN FERRARA LLP**
                                          1250 Broadway, 27th Floor
12                                        New York, NY 10001
                                          Telephone: (212) 619-5400
13                                        Facsimile: (212) 619-3090
                                          Email: jnorton@nfllp.com
14
                                          *Lead Counsel and Attorneys for Lead Plaintiff*
15                                        *David Fee*

16                                        **MORRISON & FOERSTER LLP**

17

18                                        By:   */s/ Anna Erickson White*
                                                Anna Erickson White
19
                                          Jordan Eth
20                                        425 Market Street
                                          San Francisco, California 94105-2482
21                                        Telephone: 415.268.7000
                                          Facsimile: 415.268.7522
22                                        Email: JEth@mofo.com
                                                 AWhite@mofo.com
23
                                          *Attorneys for Defendants*
24                                        *Zynga Inc., Mark Pincus, David M. Wehner, and*
                                          *John Schappert*
25

26

27

28

[LEAD CASE NO. 12-CV-04007-JSC] STIPULATION AND [PROPOSED] ORDER MODIFYING THE
SCHEDULE CONCERNING SETTLEMENT                                                           4

**E-Filing Attestation**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Anna Erickson White has concurred in and authorized this filing.

                                        */s/ Nicole Lavallee*
                                        Nicole Lavallee

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties and good cause having been shown, **IT IS**

3  **HEREBY ORDERED that the following deadlines are hereby GRANTED:**

| ACTION | DEADLINE |
|---|---|
| Deadline to submit request for exclusion or objection for Settlement Class Members impacted by delay | January 29, 2016 |
| Lead Plaintiffs' reply brief in support of final approval and response to any objections and proof of notice compliance | February 8, 2016 |
| Final Approval Hearing | February 11, 2016, at 9:00 a.m. |
| Deadline to submit Proof of Claim for Settlement Class Members impacted by delay | March 11, 2016 |
| Update to settlement website to reflect revised deadlines and Final Approval Hearing date | Upon Order of the Court |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/14/2016

*Jacqueline Scott Corley*

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE